# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA



2022 JUN -1  P 2: 27
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN FORMA PAUPERIS AFFIDAVIT

for: Declaring that the information I have given below is true and correct, I apply to this court for:

☑ appointment of an attorney

☑ authority to commence an action without prepayment of fees, costs or security

I. **PERSONAL AND FINANCIAL DATA**

   A. Your full name and present mailing address:

   Christopher Devon Davis
   1648 Woodland Ave SW  35211

   Telephone (if any): (205) 504-6113

   B. Are you presently employed?   Yes _____   No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

   Weekly earnings: $ _____

   If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

   Olive Garden / Trussville AL 3555 Roosevelt blvd.
   Birmingham Alabama 35235

   Date last worked: 2-27-22

   Weekly earnings: $ $10.00, $12.00, 14.50 blank Check

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind?   $ _____

as interest, dividends, rents, or investment income of any kind?   $ ___0_____

as gifts or inheritance?   $ ___0_____

from social security, unemployment compensation, or any form of state or federal welfare payments or benefits?   $ ___0_____

from pensions, annuities, workmen's compensation, disability or other insurance policies?   $ ___0_____

from all other sources?   $ ___0_____

C. How much money do you own or have in any checking or savings accounts?   $ ___0_____

D. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?
Yes __✓__ No _____

If the answer is "yes," describe the property and state its approximate value:
Car  32,500
Alabama Kia Motors

E. How much money do you owe others?   $ __720 of 540__
Months

As to each debt of over $100.00, state the name of the creditor, the approximate total amount owed to that creditor, and the monthly payment amount you currently owe and/or are paying to that creditor.   32,700

F. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.
Adam Goodman, friend
Co-Sign with Kia Motor "Witness"
Christopher 1 Davis Son Mylee ███ Davis
Janae Daughter

G.  Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?   Yes __✓__ No _____

If the answer is "yes," provide the following information for each such person:

Name: __Jemetrice A. Matthews__
Relationship: __Brother__
Employer: __Door Dash__
Weekly earnings: $_____

Name: __Adam Goodman__
Relationship: __Friend__
Employer: _____
Weekly earnings: $_____

H.  Any other information which you believe supports your claim that you cannot financially afford to make payment of court fees, costs, or security.
__disable and Identy theft   Patriot Act__
__Hdrs Fraud   SSI   False employment__
__Fraud Act__

(Attach additional sheets as needed)

II. **EFFORTS TO OBTAIN AN ATTORNEY**
(To be completed if requesting Appointment of an Attorney)

A.  Have you talked with an attorney about handling your claim?
Yes __✓__ No _____

If "yes," give the following information about each attorney with whom you have talked:

Attorney: __Legal Aid__
When: __3-28-22__
Where: _____
How (by telephone, in person, etc.): __205 3-__

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.): _____

B. Explain any other effect you have made to contact an attorney to handle your claim. No where she said no info legal Aid

C. Any other information which supports your application for the court to appoint an attorney for you: No

D. Name and address of each attorney who has represented you in the last ten (10) years for any purpose: texas Morre Jeffco, Pulix Defred ar

(Attach additional sheets as needed)

## III. ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding ____ pages is true and correct.

Date: 6-1-22

Signature: Christopher Davis

WITNESS: Adam P. Danforth