*Freedom of info - Amended Complaint*

**FILED**
2022 Jun-22 AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

*18 USC 1028*

<u>Pro Se General Complaint for a Civil Case</u> (Rev. 10/16)

*An Act, Net Act  44 USC    83 sec Banking*
*Sec 1; D:VH!*                              *Act*
*Title 2 · sec 302,803*
*308*
*Sec 206 - 207*

# United States District Court
### for the
### NORTHERN DISTRICT OF ALABAMA

*2022 ⬛⬛ P 2:09*

**Christopher Devon Davis**

**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

**Darden Restaurants**
**Principal Financial Group**
**Vocation Rehabilitation services**
**Social security Administration**
**dollar Tree Police**
**homewood Police**
~~T-Moble~~

v.

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: *2:22-CV-696-GMB*
_____
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes   ☐ No

*experian*
*Transunion*
*equifax*  *Equal employment Off. C*
*eeoc*
*Department of labor*

*Amended*

## COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff
Name _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

*Adam E Goodmans*

Page **1** of 7

Christopher Devon Davis , Wednesday, March 2, 2022

- Since I was hired by Olive Garden/ Darden Restaurants my paychecks have been wrong. I have received more money and less money than I should have for the hours I worked.
- I am listed with the company as a re-hire, however I never worked there before
- They are not taking taxes out of my check
- My paystubs reflect hours I did not work
- I talked to my supervisors, Richard Sheppard, Dustin, Ms. Lynn, and Ms. Jenny in Darden Restaurants Corporate.
  - o Their only response is to ask me to fill out new tax documents.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

FILED

for the

Northern District of Alabama

2022 JUN -1 P 2: 27

U.S. DISTRICT COURT
N.D. OF ALABAMA

44. USC
12 USC 1029
18 USC 1028

Christopher Devon Davis
_____
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a pro se complaint.)*

Darden Restaurants
Principal Financial Group
-v- Vacation Rehabilitation Services
Social Security Administration
Dollar Tree
Dept. of Labor

Olive Garden EEOC /Darden Restaurants
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 2:22cv-0696-GMB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

)
)
)
)
)
)
)
)
)
)
)
)
)
)
) Tranunion
) Equfax
) experain
) T-Mobile

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Devon Davis |
| Street Address | 1648 Woodland ave SW |
| City and County | Birmingham Jefferson Co. |
| State and Zip Code | Alabama  35211 |
| Telephone Number | 205-504-6113 |
| E-mail Address | Super1185God@gmail.com |

Witness
Adam
E
Goodman    6/21/22

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 420-2022-01165 |

|  |  | and EEOC |
|---|---|---|
| _State or local Agency, if any_ | | |

| Name _(indicate Mr., Ms., Mrs.)_ Christopher D. Davis | Home Phone (205) 504-6113 | Year of Birth |
|---|---|---|

Street Address
8324 12th Ave South
BIRMINGHAM, AL 35206

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. _(If more than two, list under PARTICULARS below.)_

| Name Olive garden | No. Employees, Members 15 - 100 Employees | Phone No. |
|---|---|---|

Street Address
3555 Roosevelt blvd.
TRUSSVILLE, AL 35235

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Disability, Race | Earliest 12/03/2021    Latest 03/09/2022 |
|  | Continuing Action |

THE PARTICULARS ARE _(If additional paper is needed, attach extra sheet(s)):_

I am an African American with a disability. I was hired by the above-named employer on November 29th, 2021 as cook prep. During my employment, I have experienced issues with my wages and have complained to my supervisor and kitchen manager Dustin LNU (white) and General Manager Richard Sheppard (white). On or around December 3, 2021, I received a check for $0.00. When I spoke to Dustin, he said it was normal because I was just getting on the payroll. On or around December 10, 2021, I received a paycheck with a $10.00 per hour rate. I asked Dustin why I was receiving a lower rate than I had agree to, and he told me this was the training rate. In February, I missed work due to family matter, and Dustin called me while I was out, even though, to me, my family came first. On or around February 14, 2022, Dustin called me a nigger. I have spoken to HR about these issues and nothing has been done to this date. Although HR has told me I am still employed, I have not been able to access the online schedule. I do not believe I should be expected to go into the restaurant to check the schedule, so I have not reported to work. I believe that I have been discriminated because of my race and my disability, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I was discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local A- |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read of my knowledge, information SIGNATURE OF COMPLAIN/ |
| _Christopher Davis_ Date 3-9-22   Charging Party Signature | SUBSCRIBED AND SWO. (month, day, year) |

Adam E Goodman — witness to data breach

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Relevant state law *(specify, if known)*:

*An Act*

*Sec. 1: Div. A; Title Two: Sec 201-207, Sec 302; 30*

Relevant city or county law *(specify, if known)*:

*An Act, Net Act       Sec. 83   44. USC.*
                        *Paperwork Act*

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑    Failure to hire me.

☑    Termination of my employment.

☑    Failure to promote me.

☑    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.          *Paperwork act*

☑    Other acts *(specify)*: *Sec 83     Freedom of Information*

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

*Adam E Goodman  - Witness*

Page 4 of 7

the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.**  If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.**  For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law.  For more information, contact your state or local consumer protection agency or your state Attorney General.  For information about your federal rights, contact:**

3

**Notice to Employees and Former Employees of the Council of the Inspectors General on Integrity and Efficiency Regarding Whistleblower Protection and Nondisclosure Policies, Forms, or Agreements**

The Whistleblower Protection Enhancement Act of 2012 (WPEA) was signed into law on November 27, 2012 (P.L. 112-199). The law strengthens protections for Federal employees who disclose evidence of waste, fraud, or abuse. In addition, the WPEA modifies rules on the use of nondisclosure policies, forms, or agreements by government agencies (collectively NDAs).

Among other requirements, the WPEA provides the following: "Agencies making use of any nondisclosure policy, form, or agreement shall also post the statement required under section 2302(b)(13) of title 5, United States Code (as added by this Act) on the agency website, accompanied by the specific list of controlling Executive orders and statutory provisions."

Pursuant to this requirement, the Council of the Inspectors General on Integrity and Efficiency (CIGIE) posts the following statement and directs current and former CIGIE employees to read the statement as if it were incorporated into any NDA they may have signed.

**These provisions are consistent with and do not supersede, conflict with, or otherwise alter the employee obligations, rights, or liabilities created by existing statute or Executive order relating to (1) classified information, (2) communications to Congress, (3) the reporting to an Inspector General of a violation of any law, rule, or regulation, or mismanagement, a gross waste of funds, an abuse of authority, or a substantial and specific danger to public health or safety, or (4) any other whistleblower protection. The definitions, requirements, obligations, rights, sanctions, and liabilities created by controlling Executive orders and statutory provisions are incorporated into this agreement and are controlling.**

Additionally, please be aware of the following Executive orders and statutory provisions. These provisions control in the case of any conflict with an agency's NDA:

- Executive Order No. 13526;
- Section 7211 of title 5, United States Code (governing disclosures to Congress);
- Section 1034 of title 10, United States Code, as amended by the Military Whistleblower Protection Act (governing disclosures to Congress by members of the military);
- Section 2302(b)(8) of title 5, United States Code, as amended by the Whistleblower Protection Act of 1989 (governing disclosures of illegality, waste, fraud, abuse, or public health or safety threats);
- Intelligence Identities Protection Act of 1982 (50 U.S.C. 421 et seq.) (governing disclosures that could expose confidential Government agents);
- The statutes which protect against disclosures that may compromise the national security, including sections 641, 793, 794, 798, 952, and 1924 of title 18, United States Code; and
- Section 4(b) of the Subversive Activities Control Act of 1950 (50 U.S.C. 783(b)).

# HOW WE FIGURED CHRISTOPHE D. DAVIS' PAYMENT FOR November 2021 ON

---

## His Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $794.00 |
| Minus (-) "Total income we count" (see below) | - 61.13 |
| **Total Monthly SSI Payment for November 2021 on** | $732.87 |

---

## His Income Other Than His SSI

Income he receives in September 2021 on affects his payment for November 2021 on

| | |
|---|---|
| Wages | $207.27 |
| By law we don't count $20.00 of above income | - 20.00 |
| Subtotal | $187.27 |
| By law we don't count $65.00 of wages | - 65.00 |
| By law we don't count 1/2 of this amount | $122.27 |
| 1/2 of $122.27 = $61.14 * | |
| Wages we count | - 61.14* |
| | $ 61.13 |

**Total income we count**  $ 61.13

\* beside a number means we have rounded the number

---



SSA-L8151

Evidence - Witness

My Name is Christopher Devon Davis not Chris Davis I did not come to AdRS in 2-3-20 Fraud I came 2019 My Start date For dollar tree Was Sept 16, 2019 not Sept 13, 2019  I was a Stocker 7.35 hour and I was "not" Ever a Casher 9.30 hour and I did not Make 750 Stocker and My last day At dollartree was 11-28-21 and My First day at Olivegarden was 11-29-21 line Cook 14.50  Now My hire date 11-29-21 not 11-22-21. Interview Dustin Johnson "KM" on 11-24-21 at 4:00 pm I was told to get shoe and black pants Tadarass powell my best Friend For 28 year's refered My First Check was blank 12-3-21 and 12-10-21 was $10.00 a hour  I told Dustin he said I had a week in the hold and said it was training the I had a overtime Vd. 12-24-21 the 12.00 and 14.50 Complaning made it worse I put me on Salad I had to gard the sald for my Job will everone lauged say they Never sene this before and I had a scale he Mr. Richard Shepperd said he was lost Money on the sald cauge waiter's was stealing and If they did I was Fired

Witness
Emotions

bank Card Fraud Debt cards

Elite - paycheckplus
10-22-21 — 12-3-21 Fraud
Darden Elitecheckus

DirEct Express Fraud card and receipts
     T-moble data breach on dark web Aug 2021, Jan
5-18-22 experian Fraud Member Id          2022
report 2354-4810-80 summary beafts          on 12th
          Id protection  Fraud Cred.t Report
     equfax - Fraud Rihired

Tranunion-dollar tree Fraud Credit
Report
dollartree Vero inactrat Fraud and olivegarden
     Ann. Credit has not beEN update
in my dissute's fraud Acid. WMy Name
Christopher D. Davis   Christopher Davis
     Name Id#5367 Fraud Cretdd Report Name ID 1221

dollartree No W2 lock out of PDF
ProoF My Phone's are Evedente Data breach
Ed. Checks's on Phone Never god
Info  Mr Viltor Made My Frend use his email
and my Aunt PAtSuggs Adam Goodmail
Never got in the Portarl because Hacker set

Plan
E           - Witness
Goodman

Mrs. Nelson was trying to help
me all that week with my hirang
and pay he stop her Mr Richard Shepperd
a said he'd take care of it Krowd
app record's Fraud ReHire Contract
by Principal 9-15-2021 I was not there
or 6-30-21 or Fraud Acct's
Contract/plan ID Number 3-00774
Fraud Identy thef Adrs Fraud 2-3-20
SSI [illegible] paperwork reduction Act
Fraud Co. Christopher Davis For
Jemetrice A. Mathews "Brother" For
          Christopher D. Davis" Fraud
May No benef's No right to talk
in the build Adam Goodam was
Supose to be my payee the gave me
a lot of blue fold and said but it in
a drop box and we did Never Called
the "saw" Fraud 18 USC 1028
did nothen about it the I when by myself
got Kick out then me and my brother
is try to disupte the wont let me a
Send a Fraud Check and recept
I have a lot of Fraud paperwork
My mom died on my birth 11-8-82
Soc. Security know I have Nobody they
did My Clam Ms with Trussville office

Adam E - Witness
Goodman

on 2-10-22 they said they call "Jenny"
Vidno record EEoc info Freedom act in the
office I had to call all the time to
she when I work and take my kids
bagging ever week when to work Krowd
App Fraud Manger swipe's working
me while I want not on the clock
I worked 16:43 2-20-22 pay period
a Fraud Check for $13.00.00 It
Was A $658 Check 92 hour 823?
they said worked 40 hour but I
did not I had Two death's in
the Family Adam Goodman mother
and My untee Debra Grayson My
Mother's sister Dustin said My Job
was on the line a Just let me go
to Funal and I was Greving not give
a Chance to be with My Family on 2-14-22
I was called a "nigger" I was on
App's the the new "White" lady I was
told to do bread or go home then I asked
why Mr. Richard Shepperd said go to my
office then told to quit or do bread
Mr. Neson in the office winEss he Yell
be my wintness in the office to her —

Adam E Goodman - Witness

# Complaint Explanation

Have you filed this Complaint
with another regulatory agency "Yes"
eeoc , FtC , CFpb, SSI , OiG , Vocal Reb
case#
420-2022-01165  Equifax , theWork Number
Ms. Victoria Tolley  205 - 290 - 4490 - Voc. Reb, case mang.
Ext. 3 0753 → Cycems, Maki Nano DOC . Judge Wallace
State of Alabama dept. of labor , FBI Birmingham
Alabama  legal Aid Birmingham
Julan Cook US DeptOflabar  investergater
Christopher Davis    4-25-22  Christopher Devon Davis

I never got in my total eeoc
Freedom act . info and Rehabion Act
and Fraud Act Covid Act on Job
And SSi sss Act Equal Pay Act
and sec. 83 bill of Right Act
Labor law 1978 1990 223-1710(1)
I work 16:43 hours week 2-20-22 I have
the Paycheck stub and how may hours I work
they said I work 40 hours but I did
at Olive garder and hired Date Wrong
to no death in Famiy and Covid 19 at
Dollor tree, SHe told Me to be quiet
shilli and told Me that She Could Not do my
Case I Ask to talke to surper and She call
and sad My Name Wrong She call Me Christi
Darden and say a Case Number that I never
hear and the Stae started to act nice a Call
and eeoc. Ms. Adotrene King and I she said
She would want me,

Adam goodman
Steve Manger dollartree Nuben Hoover 205 727-3089

Enclosure with EEOC Notice of Closure and Rights (Release Date)

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.  Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 420-2022-01165 to the District Director at Bradley Anderson, 1130 22nd Street South Suite 2000
Birmingham, AL 35205. You can also make a FOIA request online at
https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to:
https://www.eeoc.gov/eeoc/foia/index.cfm.

collecting the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law.  For more information, contact your state or local consumer protection agency or your state Attorney General.  For information about your federal rights, contact:**

3

*Para información en español, visite <u>www.consumerfinance.gov/learnmore</u> o escribe a la
Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and
privacy of information in the files of consumer reporting agencies.  There are many types of
consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies
that sell information about check writing histories, medical records, and rental history records).
Here is a summary of your major rights under FCRA.  **For more information, including
information about additional rights, go to <u>www.consumerfinance.gov/learnmore</u> or write
to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.**  Anyone who
  uses a credit report or another type of consumer report to deny your application for credit,
  insurance, or employment – or to take another adverse action against you – must tell you,
  and must give you the name, address, and phone number of the agency that provided the
  information.

- **You have the right to know what is in your file.**  You may request and obtain all the
  information about you in the files of a consumer reporting agency (your "file
  disclosure").  You will be required to provide proper identification, which may include
  your Social Security number.  In many cases, the disclosure will be free.  You are entitled
  to a free file disclosure if:

  - a person has taken adverse action against you because of information in your
    credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon
  request from each nationwide credit bureau and from nationwide specialty consumer
  reporting agencies.  See <u>www.consumerfinance.gov/learnmore</u> for additional
  information.

- **You have the right to ask for a credit score.**  Credit scores are numerical summaries of
  your credit-worthiness based on information from credit bureaus.  You may request a
  credit score from consumer reporting agencies that create scores or distribute scores used
  in residential real property loans, but you will have to pay for it.  In some mortgage
  transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.**  If you identify
  information in your file that is incomplete or inaccurate, and report it to the consumer
  reporting agency, the agency must investigate unless your dispute is frivolous.  See
  <u>www.consumerfinance.gov/learnmore</u> for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or
  unverifiable information.**  Inaccurate, incomplete, or unverifiable information must be

1

Enclosure with EEOC Notice of Closure and Rights (Release Date)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC
*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

We recommend that you and your attorney (if you retain one) review the resources at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

[✓] An Act : Sec 1 ! Div A : Title II Section 201-207 ; 302,303,3~
Relevant state law *(specify, if known)*:  Pat

[✓] An Act : Title III : Vision A : 116 STAT 1763 (NET) Act/2USC/82~
Relevant city or county law *(specify, if known)*:  No Electronic Theft 1951-1960 B

Birmingham Alabama
18USC1028  12USC1829 B
31USC53-531~
316-5336

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

[✓]    Failure to hire me.

[ ]    Termination of my employment.

[ ]    Failure to promote me.

[✓]    Failure to accommodate my disability.

[✓]    Unequal terms and conditions of my employment.

[✓]    Retaliation.

[ ]    Other acts *(specify)*:    Identy thief Fraud Waste

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

09-9-19 , 09-16-19 , 11-24-21, 2-14-22

C.    I believe that defendant(s) *(check one)*:

[✓]    is/are still committing these acts against me.

[ ]    is/are not still committing these acts against me.

Adam
E Goodman - witness

Page 4 of 7









# Direct
### AUTO INSURANCE

PO Box 3199 ● Winston Salem, NC 27102-3199

**Date of Notice:** 3/24/2022
**Policy Period:** 2/27/2022 – 2/27/2023

TIFFANY LILLIE
8324 12TH AVE S
BIRMINGHAM AL  35206



**go PAPERLESS**

Register online and go paperless! Save money and discover your exclusive online benefits at www.DirectAuto.com

| POLICY DETAILS | Policy Number | Effective Date | Cancel/Expiration Date | Balance Due |
|---|---|---|---|---|
| Personal Auto Policy: | 2014525049 | 02/27/2022 | 03/14/2022 | $27.01 |
| Total Protection Plan Policy: | 2014525050 | 02/27/2022 | 03/14/2022 | $9.00 |

**Total Balance Due: $36.01**

This is a reminder that you have an outstanding balance due on your insurance product(s) that provided coverage during the policy period(s) shown above. Please remit your payment as soon as possible to clear this balance. Your prompt response will avoid further efforts to collect payment.

- - Please see reverse side for additional information - -

If mailing, please detach this portion and return with your payment. Please mail 7 days in advance.

## Payment Coupon
### Amount Due includes all policies and products listed above

**Amount Due Upon Receipt**                    $36.01

**Total Amount Due:**                              $36.01

Amount
Enclosed:

Named Insured:

TIFFANY LILLIE
8324 12TH AVE S
BIRMINGHAM, AL 35206

Our records show the following:
Email: tiffanyswills@gmail.com
Phone: 205-267-8995
**For automated payments please visit**
www.DirectAuto.com or call 877-463-4732
If mailing, please make check payable to:
Direct Auto Insurance

Check for address change
or paperless enrollment.
Please note your changes
on reverse side.

DIRECT AUTO INSURANCE
PO BOX 89431
CLEVELAND OH 44101-6431

0201452504900300000000360100003601l

21S1737D65553
11/12/2021

Page  6 of  6

# HOW WE FIGURED CHRISTOPHE D. DAVIS' PAYMENT FOR December 2021 ON

## His Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $794.00 |
| Minus (-) "Total income we count" (see below) | -268.33 |

**Total Monthly SSI Payment for December 2021 on**       $525.67

## His Income Other Than His SSI

Income he receives in October 2021 on affects his payment for December 2021 on

| | |
|---|---|
| Wages | $621.67 |
| By law we don't count $20.00 of above income | - 20.00 |
| Subtotal | $601.67 |
| By law we don't count $65.00 of wages | - 65.00 |
| By law we don't count 1/2 of this amount | $536.67 |
| 1/2 of $536.67 = $268.34 * | -268.34* |
| Wages we count | $268.33 |

**Total income we count**       $268.33

* beside a number means we have rounded the number



SSA-L8155

# United States Treasury

Check No.

06 03 22 28040004   KANSAS CITY, MO      4029 13363436
000778231609      4029 13363436 W       00000220601DDM

Pay to
the order of   JEMETRICE A MATTHEWS
FOR
CHRISTOPHE D DAVIS
1648 WOODLAND AVE SW          $*****756*90
BIRMINGHAM AL 35211 2146

SSI                                       008   VOID AFTER ONE YEAR
                            REGIONAL DISBURSING OFFICER
                            Vona S. Robinson

000571

⑈40293⑈   ⑆000000518⑆ 13363436⑈9⑈ 120622

22S1914F84541
06/08/2022

## HOW WE FIGURED CHRISTOPHE D. DAVIS' PAYMENT FOR May 2022 THROUGH June 2022

### His Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $841.00 |
| We didn't subtract (-) any income from SSI money | − 0.00 |

**Total Monthly SSI Payment**
**for May 2022 through June 2022**                    $841.00



SSA-L8151

21S1737D65553
08/17/2021

## HOW WE FIGURED CHRISTOPHE D. DAVIS' PAYMENT FOR June 2020 THROUGH August 2020

### His Payment Amount

| | |
|---|---:|
| The most SSI money the law allows us to pay | $783.00 |
| Minus (-) "Total income we count" (see below) | -555.70 |
| **Total Monthly SSI Payment for June 2020 through August 2020** | $227.30 |

### His Income Other Than His SSI

Income he receives in April 2020 through June 2020 affects his payment for June 2020 through August 2020

| | |
|---|---:|
| Wages | |
| By law we don't count $20.00 of above income | $1,196.41 |
| Subtotal | - 20.00 |
| By law we don't count $65.00 of wages | $1,176.41 |
| By law we don't count 1/2 of this amount | - 65.00 |
| 1/2 of $1,111.41 = $555.71 * | $1,111.41 |
| Wages we count | - 555.71* |
| | $ 555.70 |
| **Total income we count** | $ 555.70 |

* beside a number means we have rounded the number

SSA-L8151

Case 2:22-cv-00696-RDP   Document 4   Filed 06/21/22   Page 26 of 104

# HOW WE FIGURED YOUR PAYMENT FOR December 2021 ON

## Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $794.00 |
| Minus (-) "Total income we count" (see below) | -268.33 |
| **Total Monthly SSI Payment for December 2021 on** | $525.67 |

## Your Income Other Than Your SSI

Income you receive in October 2021 on affects your payment for December 2021 on

| | |
|---|---|
| Wages | $621.67 |
| By law we don't count $20.00 of above income | - 20.00 |
| Subtotal | $601.67 |
| By law we don't count $65.00 of wages | - 65.00 |
| By law we don't count 1/2 of this amount | $536.67 |
| 1/2 of $536.67 = $268.34 * | -268.34* |
| Wages we count | $268.33 |
| **Total income we count** | $268.33 |

* beside a number means we have rounded the number



SSA-L8155

21S1737D65553
09/10/2021

## HOW WE FIGURED YOUR PAYMENT FOR October 2021 ON

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $794.00 |
| Minus (-) "Total income we count" (see below) | −171.77 |

**Total Monthly SSI Payment
for October 2021 on**

$622.23

### Your Income Other Than Your SSI

Income you receive in August 2021 on affects your payment for October 2021 on

| | |
|---|---|
| Wages | |
| By law we don't count $20.00 of above income | $428.55 |
| Subtotal | − 20.00 |
| | $408.55 |
| By law we don't count $65.00 of wages | − 65.00 |
| By law we don't count 1/2 of this amount | $343.55 |
| 1/2 of $343.55 = $171.78 * | |
| Wages we count | −171.78* |
| | $171.77 |

**Total income we count**

$171.77

\* beside a number means we have rounded the number



SSA-L8151

**Overpayment Detail**
**BNC #: 22WF991G40971**                              Name: **CHRISTOPHER DEVON DAVIS**

The following table shows how your payment changed each month. The first column lists the month(s) that were paid incorrectly. The next three columns show the total amounts we should have paid you for each month. The last three columns show the total amounts paid, underpaid and overpaid.

| Month/Year | Federal Amount Due | State Amount Due | Total Amount Due | Total Amount Paid | Underpaid | Overpaid |
|---|---|---|---|---|---|---|
| 12/01/21 | $0.00 | $0.00 | $0.00 | $313.18 | $0.00 | $313.18 |
| 01/01/22 | $218.53 | $0.00 | $218.53 | $529.69 | $0.00 | $311.16 |
| 02/01/22 | $0.00 | $0.00 | $0.00 | $642.76 | $0.00 | $642.76 |
| Totals | $218.53 | $0.00 | $218.53 | $1,485.63 | $0.00 | $1,267.10 |

| Overpayment Decision Summary | |
|---|---|
| Current Overpayment | $1,267.10 |
| Current Underpayment | $257.50 |
| Current Net OP/UP | $1,009.60 |
| Current & Prior Overpayments | $11,506.23 |
| Amounts Collected or Waived | $2,357.40 |
| Total Over/Under | $8,891.33 |

22S1914F84541
04/22/2022

## HOW WE FIGURED YOUR PAYMENT FOR December 2021

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $794.00 |
| Minus (-) "Total income we count" (see below) | -932.29 |
| SSI money (no SSI payment due because your income is more than the SSI payment) | $   0.00 |
| **Total SSI Payment for December 2021** | $   0.00 |

### Your Income Other Than Your SSI

Income you receive in December 2021 affects your payment for December 2021

| | |
|---|---|
| Wages | $1,949.59 |
| By law we don't count $20.00 of above income | -   20.00 |
| Subtotal | $1,929.59 |
| By law we don't count $65.00 of wages | -   65.00 |
| By law we don't count 1/2 of this amount | $1,864.59 |
| 1/2 of $1,864.59 = $932.30 * | -  932.30* |
| Wages we count | $  932.29 |
| **Total income we count** | $  932.29 |

\* beside a number means we have rounded the number



SSA-L8100

Please provide Social Security with a copy of your/your parent's/your spouse's pay stubs/and/or child support on a **monthly basis**: if applicable.

1800-269-0271

**Please include the wage earner's Social Security Number as well as the beneficiary's claim and/or social security number with your documents.**

This will allow for timely and seamless processing of the documents and claim.

Thank you for your cooperation

Sincerely,

Ms. Witt

Title 16, Claims Specialist

866-613-2743 ext. 13039

21S1737D65553
10/11/2021

## HOW WE FIGURED YOUR PAYMENT FOR November 2021 ON

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $794.00 |
| Minus (-) "Total income we count" (see below) | - 61.13 |

**Total Monthly SSI Payment
for November 2021 on**                          $732.87

### Your Income Other Than Your SSI

Income you receive in September 2021 on affects your payment for November 2021 on

| | |
|---|---|
| Wages | $207.27 |
| By law we don't count $20.00 of above income | - 20.00 |
| Subtotal | $187.27 |
| By law we don't count $65.00 of wages | - 65.00 |
| By law we don't count 1/2 of this amount | $122.27 |
| 1/2 of $122.27 = $61.14 * | - 61.14* |
| Wages we count | $ 61.13 |

**Total income we count**                       $ 61.13

\* beside a number means we have rounded the number



SSA-L8151

22S1914F84541
04/22/2022

Page 9 of 9

# HOW WE FIGURED YOUR PAYMENT FOR April 2022

## Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $841.00 |
| We didn't subtract (-) any income from SSI money | -   0.00 |
| **Total SSI Payment for April 2022** | $841.00 |



SSA-L8100

**Social Security Administration**
**Supplemental Security Income**

**Notice of Overpayment**

SOCIAL SECURITY
TRUSSVILLE EXEC. PARK
1972 GADSDEN HWY.
BIRMINGHAM, AL 35235
800-772-1213

CHRISTOPHER DEVON DAVIS
8324 12Th Ave S
Birmingham, AL 35206-4009

Date: 4/19/2022
Beneficiary Notice Control #:
22WF991G40971

We are writing to let you know we have paid you $1,267.10 too much in Supplemental Security Income (SSI) money. The overpayment happened in the months between 12/01/21 and 02/01/22.

For the month(s) listed on the "Overpayment Detail", the income on our records was wrong. Because we didn't know about all the income, we paid you too much SSI.

Later in this letter, we'll give you a detailed explanation of your overpayment.

You must pay us back unless we decide you shouldn't have to pay us back or we're wrong about the overpayment. If you think you shouldn't have to pay us back or you disagree with the decision about the overpayment, you can:

- Ask for a waiver,
- Ask for an appeal, or
- Do both

This letter will tell you more about these things you can do.

**If You Think You Shouldn't Have To Pay Us Back**

SPECIAL MESSAGE FOR OVERPAYMENTS BETWEEN MARCH AND SEPTEMBER 2020:
We temporarily suspended processing And collection of some overpayments between March And September 2020. We did this because of the national public health emergency caused by the coronavirus (COVID-19) pandemic. If you were overpaid between March And September 2020, you may request a waiver, And we may find that you do Not have to repay some Or all of the overpayment. Please contact your local Social Security office by phone to request a waiver.  You can find the telephone number for your local office below in this letter.

You may not have to pay us back. Sometimes we can waive an overpayment, which means you won't have to pay us back.  We can do this if <u>both</u> of the following are true.

- It wasn't your fault that you got too much SSI money.

<u>AND</u>

**Overpayment Detail**
**BNC #: 22WF991G40971**

**Name: CHRISTOPHER DEVON DAVIS**

The following table shows how your payment changed each month. The first column lists the month(s) that were paid incorrectly. The next three columns show the total amounts we should have paid you for each month. The last three columns show the total amounts paid, underpaid and overpaid.

| Month/Year | Federal Amount Due | State Amount Due | Total Amount Due | Total Amount Paid | Underpaid | Overpaid |
|---|---|---|---|---|---|---|
| 12/01/21 | $0.00 | $0.00 | $0.00 | $313.18 | $0.00 | $313.18 |
| 01/01/22 | $218.53 | $0.00 | $218.53 | $529.69 | $0.00 | $311.16 |
| 02/01/22 | $0.00 | $0.00 | $0.00 | $642.76 | $0.00 | $642.76 |
| Totals | $218.53 | $0.00 | $218.53 | $1,485.63 | $0.00 | $1,267.10 |

| Overpayment Decision Summary | |
|---|---|
| Current Overpayment | $1,267.10 |
| Current Underpayment | $257.50 |
| Current Net OP/UP | $1,009.60 |
| Current & Prior Overpayments | $11,506.23 |
| Amounts Collected or Waived | $2,357.40 |
| Total Over/Under | $8,891.33 |

Social Security Administration
Supplemental Security Income

Notice of Overpayment

SOCIAL SECURITY
TRUSSVILLE EXEC. PARK
1972 GADSDEN HWY.
BIRMINGHAM, AL 35235

Tiffany Shardae Lillie For
CHRISTOPHER DEVON DAVIS
8324 12Th Ave S
Birmingham, AL 35206-4009

800-772-1213

Date: 4/19/2022
Beneficiary Notice Control #:
22FA959H89106

We are writing to let you know we have paid CHRISTOPHER DEVON DAVIS too much in
Supplemental Security Income (SSI) money. We've enclosed your copy of the notice about the
recipient's overpayment. Please read it carefully.

**Special Message for you as the Representative Payee**

If the overpayment is not repaid by CHRISTOPHER DEVON DAVIS or from his funds, we will ask you
to repay it from your own money. If the recipient begins to repay us, but stops before the overpayment is
repaid, we will ask you for any amount remaining. But we won't ask you to repay if both of the
following are true:

- You used the SSI check(s) for the recipient's needs.

AND

- It was not your fault that the recipient was overpaid.

Please let us know as soon as possible if you think both of these facts are true. In addition, we won't ask
you to repay us from your own money for any month(s) of overpayment in which you were not the
representative payee. If you were not the payee for any of the overpayment months, please tell us. If
there was a payee before you, and you have that person's name and address, please give it to us. You can
contact any Social Security office.

**Do You Disagree With The Decision?**

If you disagree with the decision, you have the right to appeal. We will review your case and consider
any new facts you have.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you get this letter.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- To appeal, you must fill out a form called "Request for Reconsideration". The form number
  is SSA-561. To get this form, contact one of our offices. We can help you fill out the form.

## HOW WE FIGURED CHRISTOPHE D. DAVIS' PAYMENT FOR January 2022 ON



### His Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $841.00 |
| Minus (-) "Total income we count" (see below) | -257.50 |

**Total Monthly SSI Payment
    for January 2022 on**                                 $583.50

### His Income Other Than His SSI

Income he receives in November 2021 on affects his payment for January 2022 on

| | |
|---|---|
| Wages | $600.00 |
| By law we don't count $20.00 of above income | - 20.00 |
| Subtotal | $580.00 |
| By law we don't count $65.00 of wages | - 65.00 |
| By law we don't count 1/2 of this amount | $515.00 |
| 1/2 of $515.00  =  $257.50 | -257.50 |
| Wages we count | $257.50 |

**Total income we count**                             $257.50

SSA-L8151

Social Security Administration
# Supplemental Security Income
Important Information

SOCIAL SECURITY
TRUSSVILLE EXEC. PARK
1972 GADSDEN HWY.
BIRMINGHAM AL 35235

Date: September 3, 2021
Claim Number: 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

TIFFANY SHARDAE LILLIE
FOR CHRISTOPHER DEVON
DAVIS
8324 12TH AVE S
BIRMINGHAM AL 35206-4009

Thank you for contacting us on September 3, 2021 to report CHRISTOPHER received wages of $428.55 in August.  Please keep this receipt.  It can be used as proof of the date you reported wages and the amount of wages you reported.

## What You Should Know

We will use the wages you reported when we decide CHRISTOPHER'S Supplemental Security Income (SSI) payment amount.  If the wages you report change the SSI payment, you will receive a letter in the mail.  The letter will tell you about the change in CHRISTOPHER'S payment and tell you about your rights.

Please continue to save your pay slips.  We will ask to see CHRISTOPHER'S pay slips later.  It is important to notify us promptly--either in person, by phone, or by mail--whenever a change occurs that could affect CHRISTOPHER'S benefits.

Remember to use the SSI Mobile Wage Reporting Application each month to report wages timely.

## If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213.  We can answer most questions over the phone.  You can also write or visit any Social Security office.

See Next Page

## HOW WE FIGURED YOUR PAYMENT FOR October 2021 ON

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $794.00 |
| Minus (-) "Total income we count" (see below) | -357.50 |

**Total Monthly SSI Payment
for October 2021 on** $436.50

### Your Income Other Than Your SSI

Income you receive in August 2021 on affects your payment for October 2021 on

| | |
|---|---|
| Wages | $800.00 |
| By law we don't count $20.00 of above income | - 20.00 |
| Subtotal | $780.00 |
| By law we don't count $65.00 of wages | - 65.00 |
| By law we don't count 1/2 of this amount | $715.00 |
| 1/2 of $715.00 = $357.50 | -357.50 |
| Wages we count | $357.50 |

**Total income we count** $357.50



SSA-L8155

Contract/Plan ID Number: 3-00774

# nvestment Option Summary

## as of 06/30/2021

This document provides important information to help you compare the investment options available to you under the retirement plan.

Investment results shown represent historical performance and do not guarantee future results. Investment returns and principal values fluctuate with changes in interest rates and other market conditions so the value, when redeemed, may be worth more or less than original costs. Current performance may be lower or higher than the performance data shown. For additional information on the investment options, including most recent month-end performance, log in to the Principal Financial Group® website at principal.com or call our automated phone system at 1-800-547-7754.

Additional information available online includes, if applicable, the name of the investment option's issuer; the investment option's objectives or goals; the investment option's principal strategies, including a general description of the types of assets held by the investment option; the portfolio turnover rate; and the investment option's performance data and fee and expense information.

In situations where the net and gross total investment expense figures are different, the mutual fund or the underlying fund in which a Separate Account invests has waived/capped a portion of its management fees through the date displayed in the waiver expiration date or contractual cap expiration date column. Differences may also be shown due to the fund family choosing to pay certain expenses that would normally be payable by the fund. Returns displayed are based on total investment expense net.

Total Investment Expense - Gross is the current maximum expense ratio, as a percentage of assets that can be applied to this investment option.  This does not represent the recordkeeping or individual transactional fees that can be deducted from or reduce the earnings for an investment under your account. However, it does include operating expenses, management fees, including 12b-1 fees, and administrative fees.

Total Investment Expense - Net; you will be responsible for this expense and it will be automatically taken prior to calculating performance. Total Investment Expense -Net is the Total Investment Expense - Gross expense ratio less any fee waivers, reimbursements or caps, if applicable. The expenses ratio, as a percentage of net assets, includes operating expenses, management fees, including 12b-1 fees, and administrative fees.

Expense Waiver/Contractual Cap - When gross and net expense ratios differ, the investment adviser may have agreed to waive certain expenses that would normally be payable by the fund or contractually agreed to limit the investment option's expenses.

Fees and expenses are only one of several factors that participants and beneficiaries should consider when making investment decisions. The cumulative effect of fees and expenses can substantially reduce the growth of a participant's or beneficiary's retirement account. Participants and beneficiaries can visit the Employee Benefit Security Administration's website for an example demonstrating the long-term effect of fees and expenses.

For a glossary of terms to assist you in understanding the designated investment options, log in to your account at principal.com.

09.15.2021  190058

13



REMOVE THESE EDGES FIRST
FOLD, CREASE AND TEAR ALONG PERFORATION

**Important Tax Return Document Enclosed**

1 of 1
1879

GWRI, INC.
P.O. BOX 695011
1000 DARDEN CENTER DRIVE
ORLANDO, FL 32869-5011

EFX_11533 K001
CHRISTOPHER D DAVIS
8324 12TH AVE S
BIRMINGHAM, AL 35206-4009

219203





PQ12087-01 | © 2018 Principal Financial Services, Inc. | 10/2018 | 621222-102018

3-00774/Darden Savings Plan

09/15/2021

BIRMINGHAM AL  35206-4009
8324 12TH AVE S
CHRISTOPHER D DAVIS
00774 RPN RI5          000854
Des Moines IA  50392
711 High Street
Principal Financial Group

OMB No. 1545-0008 | Department of the Treasury – Internal Revenue Service

| d Control number | 1 Wages, tips, other compensation 1631.57 | 2 Federal income tax withheld 70.17 |
|---|---|---|
| This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | 3 Social security wages 1631.57 | 4 Social security tax withheld 101.16 |
| | 5 Medicare wages and tips 1631.57 | 6 Medicare tax withheld 23.66 |

c Employer's name, address, and ZIP code

GMRI, INC.
P.O. BOX 695011
1000 DARDEN CENTER DRIVE
ORLANDO, FL 32869-5011

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 12b | 12c | 12d |
| 12e | b Employer identification number (EIN) 59-1219168 | a Employee's social security number 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 |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 14 Other | |

e/f Employee's name, address, and ZIP code

CHRISTOPHER D DAVIS
8324 12TH AVE S
BIRMINGHAM, AL 35206-4009

Import Code: 3Q5985JQ

| Form W-2 | 15 State AL  Employer's state ID number 0000093935 | 16 State wages, tips, etc. 1631.57 |
|---|---|---|
| Wage and Tax Statement | 17 State income tax 65.74 | 18 Local wages, tips, etc. |
| 2021 | 19 Local income tax | 20 Locality name |

Copy C - For EMPLOYEE'S RECORDS (See *Notice to Employee* on the back of Copy 2.)

---

OMB No. 1545-0008 | Department of the Treasury – Internal Revenue Service

| d Control number | 1 Wages, tips, other compensation 1631.57 | 2 Federal income tax withheld 70.17 |
|---|---|---|
| | 3 Social security wages 1631.57 | 4 Social security tax withheld 101.16 |
| | 5 Medicare wages and tips 1631.57 | 6 Medicare tax withheld 23.66 |

c Employer's name, address, and ZIP code

GMRI, INC.
P.O. BOX 695011
1000 DARDEN CENTER DRIVE
ORLANDO, FL 32869-5011

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 12b | 12c | 12d |
| 12e | b Employer identification number (EIN) 59-1219168 | a Employee's social security number 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 |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 14 Other | |

e/f Employee's name, address, and ZIP code

CHRISTOPHER D DAVIS
8324 12TH AVE S
BIRMINGHAM, AL 35206-4009

Import Code: 3Q5985JQ

| Form W-2 | 15 State AL  Employer's state ID number 0000093935 | 16 State wages, tips, etc. 1631.57 |
|---|---|---|
| Wage and Tax Statement | 17 State income tax 65.74 | 18 Local wages, tips, etc. |
| 2021 | 19 Local income tax | 20 Locality name |

Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.

---

OMB No. 1545-0008 | Department of the Treasury – Internal Revenue Service

| d Control number | 1 Wages, tips, other compensation 1631.57 | 2 Federal income tax withheld 70.17 |
|---|---|---|
| This information is being furnished to the Internal Revenue Service | 3 Social security wages 1631.57 | 4 Social security tax withheld 101.16 |
| | 5 Medicare wages and tips 1631.57 | 6 Medicare tax withheld 23.66 |

c Employer's name, address, and ZIP code

GMRI, INC.
P.O. BOX 695011
1000 DARDEN CENTER DRIVE
ORLANDO, FL 32869-5011

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 12b | 12c | 12d |
| 12e | b Employer identification number (EIN) 59-1219168 | a Employee's social security number 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 |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 14 Other | |

e/f Employee's name, address, and ZIP code

CHRISTOPHER D DAVIS
8324 12TH AVE S
BIRMINGHAM, AL 35206-4009

Import Code: 3Q5985JQ

| Form W-2 | 15 State AL  Employer's state ID number 0000093935 | 16 State wages, tips, etc. 1631.57 |
|---|---|---|
| Wage and Tax Statement | 17 State income tax 65.74 | 18 Local wages, tips, etc. |
| 2021 | 19 Local income tax | 20 Locality name |

Copy B - To Be Filed With Employee's FEDERAL Tax Return.

---

OMB No. 1545-0008 | Department of the Treasury – Internal Revenue Service

| d Control number | 1 Wages, tips, other compensation 1631.57 | 2 Federal income tax withheld 70.17 |
|---|---|---|
| | 3 Social security wages 1631.57 | 4 Social security tax withheld 101.16 |
| | 5 Medicare wages and tips 1631.57 | 6 Medicare tax withheld 23.66 |

c Employer's name, address, and ZIP code

GMRI, INC.
P.O. BOX 695011
1000 DARDEN CENTER DRIVE
ORLANDO, FL 32869-5011

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 12b | 12c | 12d |
| 12e | b Employer identification number (EIN) 59-1219168 | a Employee's social security number 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 |
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 14 Other | |

e/f Employee's name, address, and ZIP code

CHRISTOPHER D DAVIS
8324 12TH AVE S
BIRMINGHAM, AL 35206-4009

Import Code: 3Q5985JQ

| Form W-2 | 15 State AL  Employer's state ID number 0000093935 | 16 State wages, tips, etc. 1631.57 |
|---|---|---|
| Wage and Tax Statement | 17 State income tax 65.74 | 18 Local wages, tips, etc. |
| 2021 | 19 Local income tax | 20 Locality name |

Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.

219203

# Participant Report

| | |
|---|---|
| **Participant Name** | Davis, Christopher D |
| **Date of Birth** | 11/8/1985 |
| **Attorney** | Texys Morris |
| **EOS Date** | 12/13/2019 |
| **ORAS Risk Level** | Moderate |
| **AIS #** | 262688 |
| **Judge Name** | Wallace |
| **Charges/Docket No.** | CC-18-3912     UPOC<br>CC-2018-0416   UPOM |
| **Employment Status** | Has the client ever been employed? Yes<br>Employment status: Not in the labor force-looking for employment. |
| **Primary Referrals (tx & Ancillary)** | UAB Community Psychiatry Program(ACCESS) |
| **Community Service Hours Required:**<br>**Hours Completed:** | NA |

| Fees | Balance Owed | Date of Last Payment |
|---|---|---|
| | $420 | 7/1/2019 |

| Drug Test Results | |
|---|---|
| 06/21/2019 through<br>06/21/2019 | 6/21/2019: Negative<br>5/31/2019: Negative<br>8/22/2019: Negative<br>9/06/2019: Negative<br>10/25/2019: Negative<br>11/14/2019: Negative |

| Summary of Progress | Mr. Christopher Davis took a plea into the Jefferson County MHC Birmingham division on 12/13/2018. Since taking a plea Mr. Davis has maintained contact with the MHC. Mr. Davis is currently in treatment at the Fellowship house and he has been there since April 8, 2019. Mr. Davis has also moved into the Fellowship house apartments. Mr. Davis has also completed the U-turn program at Impact Family Counseling. The Jefferson County MHC is willing to continue to assist Mr. Davis as needed. |
|---|---|

**TASC Case Manager: Marki Moore**

This information has been disclosed to you from records protected by Federal Confidentiality Rules (42CFR Part 2). The Federal Rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42CFR Part 2. A general authorization for release of medical or other information is not sufficient for this purpose. The Federal Rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.equifax.com/personal/disputes.

Thank you for giving Equifax the opportunity to serve you.

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(Continued On Next Page)
00006483-DISC

Page 4 of 10

**STATE OF ALABAMA**
**CLIENT ASSISTANCE PROGRAM**
**INTAKE WORK SHEET**

Name _Christopher Davis_

Address _8324 12th Ave South_

_Birmingham_          _Alabama_          _35206   Jefferson_
DOB ~~XXXXXXX~~          State          Zip          County
                                              ~~8567~~

_205 504-6113_                          Social Security Number
Primary Phone                          _205 504-6113_
                                              Cell Phone
Fax                          _Chrissuper1185@gmail.Co_
                                              E-Mail

## DISABILITY

| | |
|---|---|
| \_\_\_\_\_ Acquired Brain Injury | ✓ Specific Learning Disabilities (SLD) |
| ✓ ADD/ADHD | ✓ Speech Impairments |
| \_\_\_\_\_ AIDS/HIV | ✓ Spina Bifida |
| \_\_\_\_\_ Amputation or Absence of Extremities | ✓ Heart & Other Circulatory Conditions |
| ✓ Arthritis or Rheumatism | ✓ Intellectual Disability |
| ✓ Anxiety Disorder | \_\_\_\_\_ Mental Illness |
| \_\_\_\_\_ Autism Spectrum Disorder | \_\_\_\_\_ Multiple Sclerosis |
| \_\_\_\_\_ Blindness (Both Eyes) | ✓ Muscular Dystrophy |
| \_\_\_\_\_ Other Visual Impairments (Not Blind) | ✓ Muscular/Skeletal Impairment |
| \_\_\_\_\_ Cancer | \_\_\_\_\_ Neurological Disorders / Impairment |
| \_\_\_\_\_ Cerebral Palsy | ✓ Orthopedic Impairments |
| \_\_\_\_\_ Deafness | ✓ Personality Disorders |
| \_\_\_\_\_ Deaf/Blind | ✓ Respiratory Disorders/Impairment |
| \_\_\_\_\_ Hard of Hearing/Impaired (Not Deaf) | ✓ Skin Conditions |
| ✓ Diabetes | ✓ Substance Abuse (Alcohol or Drugs) |
| \_\_\_\_\_ Digestive Disorders | \_\_\_\_\_ Other Disability |
| \_\_\_\_\_ Epilepsy | \_\_\_\_\_ N\A |

## RACE/ETHNICITY

☐ American Indian or Alaskan Native
☐ Asian
☑ Black or African American
☐ Hispanic/Latino of Any Race
☐ Latino Only (Non-Hispanic)
☐ Native Hawaiian or Other Pacific Islander
☐ Race/Ethnicity Unknown
☐ Two or More Races
☐ White

_____
Counselor Name

_____
Supervisor Name

_____
Facility Name

**STATE OF DELAWARE**
**OFFICE OF THE STATE BANK COMMISSIONER**
**COMPLAINT FORM**

**Please Note**: First you should try writing the institution involved allowing reasonable time for a response. If you are not satisfied, submit this completed, signed form with copies of all supporting documentation and correspondence to the address listed below.
*WE CANNOT ACT AS A COURT OF LAW OR AS AN ATTORNEY ON YOUR BEHALF.*
*WE CANNOT GIVE LEGAL ADVICE.*
*WE CANNOT BECOME INVOLVED IN COMPLAINTS THAT ARE IN LITIGATION OR HAVE BEEN LITIGATED.*

**Your Information**

Middle Name

Name (please print) Christopher Davis     Devon

Street Address 8324 12th Ave South

City, State, Zip Code Birmingham Alabama 35206

Home phone          Cell phone 205 504-6113 Work phone 205 655- 4313

**Financial Institution Information**

Name of Institution Darden Instant Issue Brand / Darden Restants

Street Address Darden total Rewards service Center Dept 14613

City, Street, Zip Code PO Box 64050 Thewoodlands, TX 77387-4050

Account Type Pay Roll Issued From Darden Restant
(Examples: Checking, Savings, Mortgage loan, Credit card, CD, IRA, Other)

Account Number 4170 2100 2726 2824 06/24 006

Name, title and telephone number of person(s) you have contacted, if applicable:
Genny henson Richard Shepperd Dustin Johnson lynn Mackeraki
Payroll Manager   GM        Kitch Manager         Dis. Mange
                      205 655-4313  205 6554313

On the next page, explain your complaint briefly but completely. Use additional pages if necessary.
Sign, date and submit the form with COPIES of ALL supporting documentation and correspondence to:

hr.
Mr, Hosa Complace
Mr, Chris - Employer Re
Mrs Jasmane - payroll
Mr, Christain - payroll

Office of the State Bank Commissioner
Attn: Complaint Department
1110 Forrest Avenue
Dover, DE 19904
Phone: (302) 739-4235
Fax: (302) 739-2356

V:\complaint\forms\complaint form

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/22 | No Data Available | | | | | | | | |
| 03/22 | No Data Available | | | | | | | | |
| 02/22 | No Data Available | | | | | | | | |
| 01/22 | No Data Available | | | | | | | | |
| 12/21 | No Data Available | | | | | | | | |
| 11/21 | No Data Available | | | | | | | | |
| 10/21 | No Data Available | | | | | | | | |
| 09/21 | No Data Available | | | | | | | | |
| 08/21 | No Data Available | | | | | | | | |
| 07/21 | $12,179 | $ 382 | $ 382 | 07/01/2021 | $ 13,055 | | | Auto | |
| 06/21 | $12,310 | $ 382 | $ 382 | 06/01/2021 | $ 13,055 | | | Auto | |
| 05/21 | $12,446 | $ 382 | $ 382 | 05/01/2021 | $ 13,055 | | | Auto | |
| 04/21 | $12,571 | $ 382 | $ 382 | 04/01/2021 | $ 13,055 | | | Auto | |
| 03/21 | $12,703 | $ 382 | $ 382 | 03/01/2021 | $ 13,055 | | | Auto | |
| 02/21 | $12,823 | $ 382 | $ 382 | 02/01/2021 | $ 13,055 | | | Auto | |
| 01/21 | $12,966 | $ 382 | $ 382 | 01/01/2021 | $ 13,055 | | | Auto | |
| 12/20 | $13,082 | $ 382 | $ 382 | 12/01/2020 | $ 13,055 | | | Auto | |
| 11/20 | $13,195 | $ 382 | $ 382 | 11/01/2020 | $ 13,055 | | | Auto | |
| 10/20 | $13,316 | $ 382 | $ 382 | | $ 13,055 | | | Auto | |

2130552358-H6M-0a7f0102000000ae-05102022

Social Security Administration                                             Form Approved
**Consent for Release of Information**                                     OMB No. 0960-0566

You must complete all required fields.  We will not honor your request unless all required fields are completed.
(*signifies a required field).
TO:  **Social Security Administration**

Christopher Devon Davis                    ~~1~~                          ~~8367~~
*My Full Name*                          *My Date of Birth*              *My Social Security Number*
                                        (MM/DD/YYYY)

I authorize the Social Security Administration to release information or records about me to:

| *NAME OF PERSON OR ORGANIZATION: | *ADDRESS OF PERSON OR ORGANIZATION: |
|---|---|
| | FAX: (334) 293-7392 |
| Alabama Department of Rehabilitation Services | 560 South Lawrence Street |
| Benefits Counseling Program | Montgomery AL 36104 |

*I want this information released because:*    I am planning to go to work and need this information for benefits and work
We may charge a fee to release information for non-program purposes.
incentives planning. Please send a Benefits Planning Query (BPQY).

---

**\*Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box.  We will not honor a request for "any and all
records" or "my entire file."  Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☐ Social Security Number
2. ☒ Current monthly Social Security benefit amount
3. ☒ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit or payment amounts from date _____ to date _____
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☐ Medical records from my claims folder(s) from date_____ to date_____
   If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social
   Security office.
7. ☐ Complete medical records from my claims folder(s)
8. ☒ Other record(s) from my file **(you must specify the records you are requesting, e.g., doctor report, application,
   determination or questionnaire)**

   My cash benefits, health insurance information, medical review dates, representation, SSDI and SSI work activity and earnings.
   All employment supports data on my SSA record.

---

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or
the legal guardian of a legally incompetent adult.  I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have
examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the
best of my knowledge.  I understand that anyone who knowingly or willfully seeks or obtain access to records about
another person under false pretenses is punishable by a fine of up to $5,000.  I also understand that I must pay all
applicable fees for requesting information for a non-program-related purpose.**

*Signature:* _____    *Date:* _____
*Address:* _____

Relationship (if not the subject of the record): _____    *Daytime Phone-_____
Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing
who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the
signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| | |
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

**Form SSA-3288** (07-2013) EF (07-2013)

Return To Work Status                    DAVIS, CHRISTOPHER - 000003160172

Document type:              Return To Work Status
Result date:                March 29, 2022 12:20 CDT
Result status:              Auth (Verified)
Document title:             Return To Work/School Status
Performed by:               Adair, Rachel RN on March 29, 2022 12:20 CDT
Electronically Signed By:   Adair, Rachel RN on March 29, 2022 12:20 CDT
Encounter info:             652909272083, UABC, 1 Time OP, 3/29/2022 -

**Return To Work/School Status Entered On: 3/29/2022 12:20 CDT**
**Performed On: 3/29/2022 12:20 CDT by Adair, Rachel RN**

**Return to Work/School Status**
*Patient Name/Address/Phone :*
CHRISTOPHER DAVIS
8324 12TH AVE S
BIRMINGHAM, AL 35206
Phone:  (205) 504-6113

*Employer/School :* Employer
*Clinic :* Orthopedic
*Return To Work/School Comment :* From foot/ankle standpoint, Mr. Davis can go back to work.

Adair, Rachel RN - 3/29/2022 12:20 CDT

**Completed Action List:**
* Perform by Adair, Rachel RN on March 29, 2022 12:20 CDT
* Sign by Adair, Rachel RN on March 29, 2022 12:20 CDT
* VERIFY by Adair, Rachel RN on March 29, 2022 12:20 CDT

Christopher D. Davis
8324 12TH AVE S
BIRMINGHAM,  AL 35206


9/8/2021

Dear Christopher D. Davis,

This is a reminder for your upcoming appointment with Benjamin Breazile, MD.


Date:  10/14/21
Time:  2:30 PM
Department:
Location: Simon Williamson Clinic Princeton
Visit Type: Established Patient

Instructions:

If for any reason you are unable to keep this appointment, please contact the office at
205-206-8461 to reschedule.


Sincerely,

Patient Service Specialist for Benjamin Breazile, MD

PUBLIX

*CarePoints*

| Publix Pharmacy #1512<br>230 20th Street South<br>Birmingham-Jefferson, AL 35233 | Date: November 15, 2021<br>Message ID: 72616912-10790 |

# MEDICATION GUIDE
## DEPAKOTE ER (dep-a-kOte)
### (divalproex sodium)
### Extended-Release Tablets

## DEPAKOTE (dep-a-kOte)
### (divalproex sodium)
### Tablets

## DEPAKOTE (dep-a-kOte)
### (divalproex sodium delayed release capsules)
### Sprinkle Capsules

Read this Medication Guide before you start taking Depakote and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or treatment.

**What is the most important information I should know about Depakote?**

**Do not stop taking Depakote without first talking to your healthcare provider.**

Stopping Depakote suddenly can cause serious problems.

**Depakote can cause serious side effects, including:**

1. **Serious liver damage that can cause death, especially in children younger than 2 years old.** The risk of getting this serious liver damage is more likely to happen within the first 6 months of treatment.

   **Call your healthcare provider right away if you get any of the following symptoms:**
   - nausea or vomiting that does not go away
   - loss of appetite
   - pain on the right side of your stomach (abdomen)
   - dark urine
   - swelling of your face
   - yellowing of your skin or the whites of your eyes

   In some cases, liver damage may continue despite stopping the drug.

2. **Depakote may harm your unborn baby.**
   - If you take Depakote during pregnancy for any medical condition, your baby is at risk for serious birth defects that affect the brain and spinal cord and are called spina bifida or neural tube defects. These defects occur in 1 to 2 out of every 100 babies born to mothers who use this medicine during pregnancy. These defects can begin in the first month, even before you know you are pregnant. Other birth defects that affect the structures of the heart, head, arms, legs, and the opening where the urine comes out (urethra) on the bottom of the penis can also happen. Decreased hearing or hearing loss can also happen.

   - Birth defects may occur even in children born to women who are not taking any medicines and do not have other risk factors.
   - Taking folic acid supplements before getting pregnant and during your pregnancy can lower the chance of having a baby with a neural tube defect.
   - If you take Depakote during pregnancy for any medical condition, your child is at risk for having lower IQ and may be at risk for developing autism or attention deficit/hyperactivity disorder.
   - There may be other medicines to treat your condition that have a lower chance of causing birth defects, decreased IQ, or other disorders in your child.
   - Women who are pregnant must not take Depakote to prevent migraine headaches.
   - **All women of childbearing age (including girls from the start of puberty) should talk to their healthcare provider about using other possible treatments instead of Depakote. If the decision is made to use Depakote, you should use effective birth control (contraception).**
   - Tell your healthcare provider right away if you become pregnant while taking Depakote. You and your healthcare provider should decide if you will continue to take Depakote while you are pregnant.
   - **Pregnancy Registry**: If you become pregnant while taking Depakote, talk to your healthcare provider about registering with the North American Antiepileptic Drug Pregnancy Registry. You can enroll in this registry by calling toll-free 1-888-233-2334 or by visiting the website http://www.aedpregnancyregistry.org. The purpose of this registry is to collect information about the safety of antiepileptic drugs during pregnancy.

3. **Inflammation of your pancreas that can cause death.**
   **Call your healthcare provider right away if you have any of these symptoms:**
   - severe stomach pain that you may also feel in your back
   - nausea or vomiting that does not go away

**Depakote Tablets Medication Guide 1 of 3**

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | **DAVIS, CHISTOPHER D** | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | Admission Date: | 8/30/2021 |
| Account #: | 45606944 | Discharge Date: | |
| DOB/Age/Sex: | 11/8/1985   / 35 years     / Male | | |

---

*Patient Depart Summary*

- Wear clean socks or stockings every day. Make sure they are not too tight. **Do not** wear knee-high stockings since they may decrease blood flow to your legs.
- Wear shoes that fit properly and have enough cushioning. Always look in your shoes before you put them on to be sure there are no objects inside.
- To break in new shoes, wear them for just a few hours a day. This prevents injuries on your feet.

**Wounds, scrapes, corns, and calluses**

- Check your feet daily for blisters, cuts, bruises, sores, and redness. If you cannot see the bottom of your feet, use a mirror or ask someone for help.
- **Do not** cut corns or calluses or try to remove them with medicine.
- If you find a minor scrape, cut, or break in the skin on your feet, keep it and the skin around it clean and dry. You may clean these areas with mild soap and water. **Do not** clean the area with peroxide, alcohol, or iodine.
- If you have a wound, scrape, corn, or callus on your foot, look at it several times a day to make sure it is healing and not infected. Check for:
  - Redness, swelling, or pain.
  - Fluid or blood.
  - Warmth.
  - Pus or a bad smell.

**General instructions**

- **Do not** cross your legs. This may decrease blood flow to your feet.
- **Do not** use heating pads or hot water bottles on your feet. They may burn your skin. If you have lost feeling in your feet or legs, you may not know this is happening until it is too late.
- Protect your feet from hot and cold by wearing shoes, such as at the beach or on hot pavement.
- Schedule a complete foot exam at least once a year (annually) or more often if you have foot problems. If you have foot problems, report any cuts, sores, or bruises to your health care provider immediately.

## Contact a health care provider if:

- You have a medical condition that increases your risk of infection and you have any cuts, sores, or bruises on your feet.
- You have an injury that is not healing.
- You have redness on your legs or feet.
- You feel burning or tingling in your legs or feet.
- You have pain or cramps in your legs and feet.
- Your legs or feet are numb.
- Your feet always feel cold.
- You have pain around a toenail.

## Get help right away if:

- You have a wound, scrape, corn, or callus on your foot and:
  - You have pain, swelling, or redness that gets worse.
  - You have fluid or blood coming from the wound, scrape, corn, or callus.
  - Your wound, scrape, corn, or callus feels warm to the touch.
  - You have pus or a bad smell coming from the wound, scrape, corn, or callus.
  - You have a fever.

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | **Attending Provider:** | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | **Admission Date:** | 8/30/2021 |
| Account #: | 45606944 | **Discharge Date:** | |
| DOB/Age/Sex: | 11/8/1985  / 35 years   / Male | | |

*Patient Depart Summary*

　° You have a red line going up your leg.

## Summary

- Check your feet every day for cuts, sores, red spots, swelling, and blisters.
- Moisturize feet and legs daily.
- Wear shoes that fit properly and have enough cushioning.
- If you have foot problems, report any cuts, sores, or bruises to your health care provider immediately.
- Schedule a complete foot exam at least once a year (annually) or more often if you have foot problems.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 09/09/2020 Document Reviewed: 01/19/2018
Elsevier Patient Education © 2020 Elsevier Inc.

## Diabetes Mellitus and Foot Care



Foot care is an important part of your health, especially when you have diabetes. Diabetes may cause you to have problems because of poor blood flow (circulation) to your feet and legs, which can cause your skin to:

- Become thinner and drier.
- Break more easily.
- Heal more slowly.
- Peel and crack.

You may also have nerve damage (neuropathy) in your legs and feet, causing decreased feeling in them. This means that you may not notice minor injuries to your feet that could lead to more serious problems. Noticing and addressing any potential problems early is the best way to prevent future foot problems.

## How to care for your feet

### Foot hygiene

- Wash your feet daily with warm water and mild soap. **Do not** use hot water. Then, pat your feet and the areas between your toes until they are completely dry. **Do not** soak your feet as this can dry your skin.

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | **Attending Provider:** | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | **Admission Date:** | 8/30/2021 |
| Account #: | 45606944 | **Discharge Date:** | |
| DOB/Age/Sex: | 11/8/1985  / 35 years    / Male | | |

---

*Patient Depart Summary*

- Trim your toenails straight across. **Do not** dig under them or around the cuticle. File the edges of your nails with an emery board or nail file.
- Apply a moisturizing lotion or petroleum jelly to the skin on your feet and to dry, brittle toenails. Use lotion that does not contain alcohol and is unscented. **Do not** apply lotion between your toes.

**Shoes and socks**

- Wear clean socks or stockings every day. Make sure they are not too tight. **Do not** wear knee-high stockings since they may decrease blood flow to your legs.
- Wear shoes that fit properly and have enough cushioning. Always look in your shoes before you put them on to be sure there are no objects inside.
- To break in new shoes, wear them for just a few hours a day. This prevents injuries on your feet.

**Wounds, scrapes, corns, and calluses**

- Check your feet daily for blisters, cuts, bruises, sores, and redness. If you cannot see the bottom of your feet, use a mirror or ask someone for help.
- **Do not** cut corns or calluses or try to remove them with medicine.
- If you find a minor scrape, cut, or break in the skin on your feet, keep it and the skin around it clean and dry. You may clean these areas with mild soap and water. **Do not** clean the area with peroxide, alcohol, or iodine.
- If you have a wound, scrape, corn, or callus on your foot, look at it several times a day to make sure it is healing and not infected. Check for:
  - Redness, swelling, or pain.
  - Fluid or blood.
  - Warmth.
  - Pus or a bad smell.

**General instructions**

- **Do not** cross your legs. This may decrease blood flow to your feet.
- **Do not** use heating pads or hot water bottles on your feet. They may burn your skin. If you have lost feeling in your feet or legs, you may not know this is happening until it is too late.
- Protect your feet from hot and cold by wearing shoes, such as at the beach or on hot pavement.
- Schedule a complete foot exam at least once a year (annually) or more often if you have foot problems. If you have foot problems, report any cuts, sores, or bruises to your health care provider immediately.

# Contact a health care provider if:

- You have a medical condition that increases your risk of infection and you have any cuts, sores, or bruises on your feet.
- You have an injury that is not healing.
- You have redness on your legs or feet.
- You feel burning or tingling in your legs or feet.
- You have pain or cramps in your legs and feet.
- Your legs or feet are numb.
- Your feet always feel cold.
- You have pain around a toenail.

# Get help right away if:

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | **Attending Provider:** | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | **Admission Date:** | 8/30/2021 |
| Account #: | 45606944 | **Discharge Date:** | |
| DOB/Age/Sex: | 11/8/1985  / 35 years | / Male | |

*Patient Depart Summary*

- Decreased ability to focus or concentrate.
- Increased purposeful activity, such as work, study, or social activity.
- Increased nonproductive activity. This could be pacing, squirming and fidgeting, or finger and toe tapping.
- Impulsive behavior and poor judgment. This may result in high-risk activities, such as having unprotected sex or spending a lot of money.
- Having false beliefs (delusions) or seeing, hearing, or feeling things that do not exist (hallucinations).

# How is this diagnosed?

This condition may be diagnosed based on:

- Your symptoms and medical history.
- A physical exam. Your health care provider will check for physical conditions that may be causing your symptoms.
- A mental health evaluation. You may be referred to a mental health provider who specializes in diagnosing and treating mood disorders.

# How is this treated?



This condition may be treated with:

- Medicines, such as mood stabilizers.
- Talk therapy (psychotherapy) with a mental health provider.
- A procedure to change the brain chemicals that send messages between brain cells (neurotransmitters). This procedure, called electroconvulsive therapy (ECT), applies short electrical pulses to the brain through the scalp. This may be used in cases of severe mania when other treatments have not helped.

# Follow these instructions at home:

- Take over-the-counter and prescription medicines only as told by your health care provider.
- Try to go to sleep and wake up at the same time every day.
- Make and follow a routine for daily meal times.
- Ask for support from family, friends, or relatives to make sure you stay on track with your treatment.
- Keep all follow-up visits as told by your health care provider. This is important.

# Contact a health care provider if:

- You have concerns about your treatment.
- You have side effects from your prescription medicines.
- Your symptoms do not improve or they get worse.
- Your mania may be putting your health, or others' health, at risk.

TRANSMISSION VERIFICATION REPORT

```
TIME  : 03/30/2022 08:47
NAME  : CITIZENS SVCS
FAX   : 2052263731
TEL   : 2052263705
SER.# : U63315H1J912113
```

| | |
|---|---|
| DATE,TIME | 03/30  08:47 |
| FAX NO./NAME | 913349567378 |
| DURATION | 00:00:25 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

Return To Work Status                    DAVIS, CHRISTOPHER - 000003160172

Document type:            Return To Work Status
Result date:              March 29, 2022 12:20 CDT
Result status:            Auth (Verified)
Document title:           Return To Work/School Status
Performed by:             Adair, Rachel RN on March 29, 2022 12:20 CDT
Electronically Signed By: Adair, Rachel RN on March 29, 2022 12:20 CDT
Encounter info:           652909272083, UABC, 1 Time OP, 3/29/2022 -

Return To Work/School Status Entered On: 3/29/2022 12:20 CDT
Performed On: 3/29/2022 12:20 CDT by Adair, Rachel RN

**Return to Work/School Status**
*Patient Name/Address/Phone :*
CHRISTOPHER DAVIS
8324 12TH AVE S
BIRMINGHAM, AL 35206
Phone: (205) 504-6113

*Employer/School:* Employer
*Clinic :* Orthopedic
*Return To Work/School Comment:* From foot/ankle standpoint, Mr. Davis can go back to work.

Adair, Rachel RN - 3/29/2022 12:20 CDT

# Your Prescription Receipt

Publix Pharmacy# 1512
230 20TH STREET SOUTH
BIRMINGHAM, AL 35233

Phone# (205) 250-7174

**DAVIS, CHRISTOPHER D**

1200 12TH ST N.
BIRMINGHAM, AL 35204
(205) 504-6113       DOB: 11/08/1985

Rx: **6149460**                    **New**
Filed: 08/08/21

**AMITRIPTYLINE 25 MG TAB**
NDC: 16729-0172-17           Mfg: ACCORD HEALTHCA
Qty: 60                       Days: 30
**No Refills. Auth Required.**

Primary Ins. PROCARE_RXCUT DISCOUNT CARD
Primary Ref. # A2216201094781

LATORYA  FRANKS

Lot#:
Expiration: 08/08/2022

**AMOUNT DUE:   $7.49**

## Your Medication
**NDC#** 16729-0172-17
**Side 1** : 1 1-2
**Side 2** :
**Form:** tablet
**Shape:** round
**Color:** brown

CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS    YOU MAY REPORT SIDE EFFECTS TO THE FDA AT 1-800-FDA-1088

COBRA Rights Notice                                                                                                    Page 3

You must notify Darden Total Rewards Service Center of the qualifying event by accessing My Total Rewards™ at darden.benefitsnow.com or calling 1-855-201-7638.

## How Is COBRA Coverage Provided?

Once Darden Total Rewards Service Center receives notice that a qualifying event has occurred, COBRA continuation coverage will be offered to each of the qualified beneficiaries. Each qualified beneficiary will have an independent right to elect COBRA continuation coverage. You may elect continuation coverage on behalf of your spouse and dependent children. Your spouse may also elect continuation coverage on behalf of your dependent children.

COBRA continuation coverage is a temporary continuation of coverage. When the qualifying event is one of the following events, COBRA continuation coverage lasts for up to a total of 36 months for your spouse and dependent children:

- Your death;
- Your divorce or legal separation; or
- Your dependent stops being eligible for coverage under the Plan as a "dependent child".

When the qualifying event is one of the following events, COBRA continuation coverage lasts for up to a total of 18 months for qualified beneficiaries:

- Your hours of employment are reduced; or
- Your employment ends for any reason other than your gross misconduct.

When the qualifying event is your reduction in hours or your termination of employment and you were entitled to Medicare benefits prior to the qualifying event, additional coverage for your spouse and dependents may be available. Your spouse and dependents would be eligible to receive up to 36 months of COBRA continuation coverage from the date of your entitlement to Medicare. For example, if you became entitled to Medicare 8 months before the date your employment terminates, COBRA continuation coverage for your spouse and dependent children can last up to 36 months after the date of Medicare entitlement, which is equal to 28 months after the date of the qualifying event (36 months minus 8 months prior to the qualifying event).

There are two ways in which an 18-month period of COBRA continuation coverage can be extended.

### Disability Extension of 18-Month Period of Continuation Coverage

COBRA coverage may be available for you and your family for up to a total of 29 months at a higher premium if:

- You, your covered spouse, or your covered dependents (including newborn and newly adopted children) are determined to be disabled as defined by the Social Security Act prior to the qualifying event or during the first 60 days of COBRA coverage;
- The Social Security Administration's (SSA) disability determination is received before or during the disabled individual's 18 months of COBRA coverage;
- The disability lasts at least until the end of the 18-month period of continuation coverage; and
- Darden Total Rewards Service Center is notified and receives a copy of the SSA's disability determination before the end of the 18-month COBRA coverage period, but not later than 60 days after the date the disabled individual's Social Security disability determination is issued by the SSA. If the disability determination occurred before COBRA coverage started, you're required to notify Darden Total Rewards Service Center and provide a copy of the disability determination within the first 60 days of COBRA coverage.



If you have questions about medication(s) you have been taking that do not appear on this list, or if you have any other questions concerning your medications, please contact the provider who prescribed the medication.

## VITAL SIGNS

|  | Latest |
|---|---|
| **Temperature, Deg F:** | 97.9 DegF |
| **Heart Rate:** | 113 bpm |
| **Blood Pressure:** | 218 mmHg / 137 mmHg |
| **Respiratory Rate:** | 16 br/min |
| **Oxygen Saturation:** | 98 % |

## PATIENT EDUCATION

# Ankle Pain

The ankle joint holds your body weight and allows you to move around. Ankle pain can occur on either side or the back of one ankle or both ankles. Ankle pain may be sharp and burning or dull and aching. There may be tenderness, stiffness, redness, or warmth around the ankle. Many things can cause ankle pain, including an injury to the area and overuse of the ankle.

## Follow these instructions at home:

**Activity**

- Rest your ankle as told by your health care provider. Avoid any activities that cause ankle pain.
- **Do not** use the injured limb to support your body weight until your health care provider says that you can. Use crutches as told by your health care provider.
- Do exercises as told by your health care provider.
- Ask your health care provider when it is safe to drive if you have a brace on your ankle.

**If you have a brace:**

- Wear the brace as told by your health care provider. Remove it only as told by your health care provider.
- Loosen the brace if your toes tingle, become numb, or turn cold and blue.
- Keep the brace clean.
- If the brace is not waterproof:
  ◦ **Do not** let it get wet.
  ◦ Cover it with a watertight covering when you take a bath or shower.

**If you were given an elastic bandage:**

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | |
|---|---|---|
| **Patient:** | DAVIS, CHISTOPHER D | **Attending Provider:** EDGE MD,KIMBERLEY G ; FARR/ |
| **MRN #:** | 01548471 | **Admission Date:** 8/30/2021 |
| **Account #:** | 45606944 | **Discharge Date:** |
| **DOB/Age/Sex:** | 11/8/1985  / 35 years   / Male | |

*Patient Depart Summary*

To avoid foot problems:

- Check your skin and feet every day for cuts, bruises, redness, blisters, or sores.
- Schedule a foot exam with your health care provider once every year. This exam includes:
  - Inspecting of the structure and skin of your feet.
  - Checking the pulses and sensation in your feet.
- Make sure that your health care provider performs a visual foot exam at every medical visit.

**Take care of your teeth**

People with poorly controlled diabetes are more likely to have gum (periodontal) disease. Diabetes can make periodontal diseases harder to control. If not treated, periodontal diseases can lead to tooth loss. To prevent this:

- Brush your teeth twice a day.
- Floss at least once a day.
- Visit your dentist 2 times a year.

**Drink responsibly**

Limit alcohol intake to no more than 1 drink a day for nonpregnant women and 2 drinks a day for men. One drink equals 12 oz of beer, 5 oz of wine, or 1½ oz of hard liquor.

It is important to eat food when you drink alcohol to avoid low blood glucose (hypoglycemia). Avoid alcohol if you:

- Have a history of alcohol abuse or dependence.
- Are pregnant.
- Have liver disease, pancreatitis, advanced neuropathy, or severe hypertriglyceridemia.

**Lessen stress**

Living with diabetes can be stressful. When you are experiencing stress, your blood glucose may be affected in two ways:

- Stress hormones may cause your blood glucose to rise.
- You may be distracted from taking good care of yourself.

Be aware of your stress level and make changes to help you manage challenging situations. To lower your stress levels:

- Consider joining a support group.
- Do planned relaxation or meditation.
- Do a hobby that you enjoy.
- Maintain healthy relationships.
- Exercise regularly.
- Work with your health care provider or a mental health professional.

# Summary

- You can take action to prevent or slow down problems that are caused by diabetes (diabetes mellitus). Following your diabetes plan and taking care of yourself can reduce your risk of serious or life-threatening complications.

P U B L I X

*CarePoints*

| Publix Pharmacy #1512<br>230 20th Street South<br>Birmingham-Jefferson, AL  35233 | Date: August 18, 2021<br>Message ID: 94562915-10790 |
| --- | --- |

# MEDICATION GUIDE
## DEPAKOTE ER (dep-a-kOte)
### (divalproex sodium)
### Extended-Release Tablets

## DEPAKOTE (dep-a-kOte)
### (divalproex sodium)
### Tablets

## DEPAKOTE (dep-a-kOte)
### (divalproex sodium delayed release capsules)
### Sprinkle Capsules

Read this Medication Guide before you start taking Depakote and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or treatment.

**What is the most important information I should know about Depakote?**

**Do not stop taking Depakote without first talking to your healthcare provider.**

Stopping Depakote suddenly can cause serious problems.

**Depakote can cause serious side effects, including:**

1. **Serious liver damage that can cause death, especially in children younger than 2 years old.** The risk of getting this serious liver damage is more likely to happen within the first 6 months of treatment.

   **Call your healthcare provider right away if you get any of the following symptoms:**

   • nausea or vomiting that does not go away

   • loss of appetite

   • pain on the right side of your stomach (abdomen)

   • dark urine

   • swelling of your face

   • yellowing of your skin or the whites of your eyes

   In some cases, liver damage may continue despite stopping the drug.

2. **Depakote may harm your unborn baby.**

   • If you take Depakote during pregnancy for any medical condition, your baby is at risk for serious birth defects that affect the brain and spinal cord and are called spina bifida or neural tube defects. These defects occur in 1 to 2 out of every 100 babies born to mothers who use this medicine during pregnancy. These defects can begin in the first month, even before you know you are pregnant. Other birth defects that affect the structures of the heart, head, arms, legs, and the opening where the urine comes out (urethra) on the bottom of the penis can also happen. Decreased hearing or hearing loss can also happen.

• Birth defects may occur even in children born to women who are not taking any medicines and do not have other risk factors.

• Taking folic acid supplements before getting pregnant and during early pregnancy can lower the chance of having a baby with a neural tube defect.

• If you take Depakote during pregnancy for any medical condition, your child is at risk for having lower IQ and may be at risk for developing autism or attention deficit/hyperactivity disorder.

• There may be other medicines to treat your condition that have a lower chance of causing birth defects, decreased IQ, or other disorders in your child.

• Women who are pregnant must not take Depakote to prevent migraine headaches.

• **All women of childbearing age (including girls from the start of puberty) should talk to their healthcare provider about using other possible treatments instead of Depakote. If the decision is made to use Depakote, you should use effective birth control (contraception).**

• Tell your healthcare provider right away if you become pregnant while taking Depakote. You and your healthcare provider should decide if you will continue to take Depakote while you are pregnant.

• **Pregnancy Registry.** If you become pregnant while taking Depakote, talk to your healthcare provider about registering with the North American Antiepileptic Drug Pregnancy Registry. You can enroll in this registry by calling toll-free 1-888-233-2334 or by visiting the website http://www.aedpregnancyregistry.org/. The purpose of this registry is to collect information about the safety of antiepileptic drugs during pregnancy.

3. **Inflammation of your pancreas that can cause death.**

   **Call your healthcare provider right away if you have any of these symptoms:**

   • severe stomach pain that you may also feel in your back

   • nausea or vomiting that does not go away

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | **Attending Provider:** | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | **Admission Date:** | 8/30/2021 |
| Account #: | 45606944 | **Discharge Date:** | |
| DOB/Age/Sex: | 11/8/1985  / 35 years   / Male | | |

*Patient Depart Summary*

- You have a wound, scrape, corn, or callus on your foot and:
    - You have pain, swelling, or redness that gets worse.
    - You have fluid or blood coming from the wound, scrape, corn, or callus.
    - Your wound, scrape, corn, or callus feels warm to the touch.
    - You have pus or a bad smell coming from the wound, scrape, corn, or callus.
    - You have a fever.
    - You have a red line going up your leg.

## Summary

- Check your feet every day for cuts, sores, red spots, swelling, and blisters.
- Moisturize feet and legs daily.
- Wear shoes that fit properly and have enough cushioning.
- If you have foot problems, report any cuts, sores, or bruises to your health care provider immediately.
- Schedule a complete foot exam at least once a year (annually) or more often if you have foot problems.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 09/09/2020 Document Reviewed: 01/19/2018
Elsevier Patient Education © 2020 Elsevier Inc.

## Diabetes Mellitus and Exercise

Exercising regularly is important for your overall health, especially when you have diabetes (diabetes mellitus). Exercising is not only about losing weight. It has many other health benefits, such as increasing muscle strength and bone density and reducing body fat and stress. This leads to improved fitness, flexibility, and endurance, all of which result in better overall health.

Exercise has additional benefits for people with diabetes, including:

- Reducing appetite.
- Helping to lower and control blood glucose.
- Lowering blood pressure.
- Helping to control amounts of fatty substances (lipids) in the blood, such as cholesterol and triglycerides.
- Helping the body to respond better to insulin (improving insulin sensitivity).
- Reducing how much insulin the body needs.
- Decreasing the risk for heart disease by:
    - Lowering cholesterol and triglyceride levels.
    - Increasing the levels of good cholesterol.
    - Lowering blood glucose levels.

## What is my activity plan?

Hey Baby I Just
Want you to know that
I Love you so much
and I'm Praying for
You and God is going
to heal Your Body I
Miss You and I will
See you later Don't
Worry everything Will
be ok. My Love ❤️

Love,
Tiffany
& 
The kids

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | |
|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | **Attending Provider:** EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | **Admission Date:** 8/30/2021 |
| Account #: | 45606944 | **Discharge Date:** |
| DOB/Age/Sex: | 11/8/1985  / 35 years   / Male | |

## *Patient Depart Summary*

- Educate yourself about your condition so you can make healthy choices about eating and physical activity.
- Check your blood sugar (glucose) levels as often as directed. Your health care provider will help you decide how often to check your blood glucose level depending on your treatment goals and how well you are meeting them.
- Ask your health care provider if you should take low-dose aspirin daily and what dose is recommended for you. Taking low-dose aspirin daily is recommended to help prevent cardiovascular disease.

**Do not use nicotine or tobacco**

**Do not** use any products that contain nicotine or tobacco, such as cigarettes and e-cigarettes. If you need help quitting, ask your health care provider. Nicotine raises your risk for diabetes problems. If you quit using nicotine:

- You will lower your risk for heart attack, stroke, nerve disease, and kidney disease.
- Your cholesterol and blood pressure may improve.
- Your blood circulation will improve.

**Keep your blood pressure under control**



Your personal target blood pressure is determined based on:

- Your age.
- Your medicines.
- How long you have had diabetes.
- Any other medical conditions you have.

To control your blood pressure:

- Follow instructions from your health care provider about meal planning, exercise, and medicines.
- Make sure your health care provider checks your blood pressure at every medical visit.
- Monitor your blood pressure at home as told by your health care provider.

**Keep your cholesterol under control**

To control your cholesterol:

- Follow instructions from your health care provider about meal planning, exercise, and medicines.
- Have your cholesterol checked at least once a year.
- You may be prescribed medicine to lower cholesterol (statin). If you are not taking a statin, ask your health care provider if you should be.

Controlling your cholesterol may:

- Help prevent heart disease and stroke. These are the most common health problems for people with diabetes.

PUBLIX

ClubPoint

Pharmacy #1512
20th Street South
Birmingham-Jefferson, AL  35233

Date: August 08, 2021
Message ID: 73577369-413

# MEDICATION GUIDE
## Antidepressant Medicines, Depression and other Serious Mental Illnesses, and Suicidal Thoughts or Actions

Read the Medication Guide that comes with your or your family member's antidepressant medicine. This Medication Guide is only about the risk of suicidal thoughts and actions with antidepressant medicines. **Talk to your, or your family member's, healthcare provider about:**

- all risks and benefits of treatment with antidepressant medicines
- all treatment choices for depression or other serious mental illness

**What is the most important information I should know about antidepressant medicines, depression and other serious mental illnesses, and suicidal thoughts or actions?**

1. **Antidepressant medicines may increase suicidal thoughts or actions in some children, teenagers, and young adults within the first few months of treatment.**

2. **Depression and other serious mental illnesses are the most important causes of suicidal thoughts and actions. Some people may have a particularly high risk of having suicidal thoughts or actions.** These include people who have (or have a family history of) bipolar illness (also called manic-depressive illness) or suicidal thoughts or actions.

3. **How can I watch for and try to prevent suicidal thoughts and actions in myself or a family member?**

   - Pay close attention to any changes, especially sudden changes in mood, behaviors, thoughts, or feelings. This is very important when an antidepressant medicine is started or when the dose is changed.

   - Call the healthcare provider right away to report new or sudden changes in mood, behavior, thoughts, or feelings.

   - Keep all follow-up visits with the healthcare provider as scheduled. Call the healthcare provider between visits as needed, especially if you have concerns about symptoms.

**Call a healthcare provider right away if you or your family member has any of the following symptoms, especially if they are new, worse, or worry you:**

- thoughts about suicide or dying
- attempts to commit suicide
- new or worse depression
- new or worse anxiety
- feeling very agitated or restless
- panic attacks
- trouble sleeping (insomnia)
- new or worse irritability

- acting aggressive, being angry, or violent
- acting on dangerous impulses
- an extreme increase in activity and talking (mania)
- other unusual changes in behavior or mood

**What else do I need to know about antidepressant medicines?**

- **Never stop an antidepressant medicine without first talking to a healthcare provider.** Stopping an antidepressant medicine suddenly can cause other symptoms.

- **Antidepressants are medicines used to treat depression and other illnesses.** It is important to discuss all the risks of treating depression and also the risks of not treating it. Patients and their families or other caregivers should discuss all treatment choices with the healthcare provider, not just the use of antidepressants.

- **Antidepressant medicines have other side effects.** Talk to the healthcare provider about the side effects of the medicine prescribed for you or your family member.

- **Antidepressant medicines can interact with other medicines.** Know all of the medicines that you or your family member takes. Keep a list of all medicines to show the healthcare provider. Do not start new medicines without first checking with your healthcare provider.

- **Not all antidepressant medicines prescribed for children are FDA approved for use in children.** Ask your child's healthcare provider for more information.

These are not all the possible side effects of antidepressant medicines. For more information, ask your healthcare provider or pharmacist about antidepressant medicines. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

*This Medication Guide has been approved by the U.S. Food and Drug Administration for all antidepressants.*

Patient Information issued December 4, 2009

PV 7090 AMP

**Antidepressant Medication Guide 1 of 1**

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| atient: | DAVIS, CHISTOPHER D | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | Admission Date: | 8/30/2021 |
| Account #: | 45606944 | Discharge Date: | |
| DOB/Age/Sex: | 11/8/1985  / 35 years  / Male | | |

*Patient Depart Summary*

# Medication Instructions

**Your discharge prescriptions may be printed, called in, or transmitted electronically to the pharmacy. If there are any issues with your prescriptions, please call the physician.**

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| New | albuterol (albuterol HFA 90 mcg/ inh inhalation aerosol) | 2 inhalation Oral Inhalation | Every 4 hours scheduled as needed for Shortness of Breath and/or Wheezing | Pickup at Publix #1512 20 Midtown | As Needed |
| New | dexamethasone (dexamethasone 6 mg oral tablet) | 1 tablet(s) Oral | Daily | Pickup at Publix #1512 20 Midtown | In the Am |
| Changed | divalproex sodium (Depakote 250 mg oral delayed release tablet) | 1 tablet(s) Oral | Every morning | | In the Am |
| Changed | divalproex sodium (divalproex sodium 500 mg oral tablet, extended release) | 1 tablet(s) Oral | Nightly at bedtime | | 9pm |
| Unchanged | amitriptyline (amitriptyline 25 mg oral tablet) | 1 tablet(s) Oral | Daily | | in the Am |
| Unchanged | doxepin (doxepin 25 mg oral capsule) | 1 capsule(s) Oral | Nightly at bedtime | | 9pm |
| Unchanged | FLUoxetine (FLUoxetine 20 mg oral capsule) | 1 capsule(s) Oral | Daily | | in the Am |
| Unchanged | simvastatin (simvastatin 10 mg oral tablet) | 1 tablet(s) Oral | Daily | | in the Am |

**Pharmacy Information**
Publix #1512 20 Midtown: 230 20th St S Birmingham, AL 352332022 (205) 250 - 7174

## Your Prescription Receipt

**DAVIS, CHRISTOPHER D**
1209 12TH ST N
BIRMINGHAM, AL 35204
(205) 504-6113    DOB: 11/08/1985

Publix Pharmacy# 1512
230 20TH STREET SOUTH
BIRMINGHAM, AL 35233

Phone# (205) 250-7174

Rx: **6149421**    **Refill**
Filled: 08/18/21

**CARVEDILOL  12.5 MG TAB**
NDC: 68382-0094-05          Mfg: ZYDUS PHARMACEU   Lot#:
Qty: 60                              Days: 30                  Expiration: 08/18/2022
**1 Partial by 07/20/2022**
LATORYA FRANKS
Primary Ins. FED  MEDICAID   ALABAMA
Primary Ref. # 2521227013293

**Your plan(s) have saved you $13.95**

**Your Medication**                    **AMOUNT DUE:**  $0.00
**NDC#** 68382-0094-05
**Side 1** - ZC41
**Side 2** -
**Form:** tablet
**Shape:** round
**Color:** white



CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS.  YOU MAY REPORT SIDE EFFECTS TO THE FDA AT 1-800-FDA-1088

## Your Prescription Receipt

**DAVIS, CHRISTOPHER D**

1209 12TH ST N
BIRMINGHAM, AL 35204
(205) 504-6113   DOB: 11/08/1985

Publix Pharmacy# 1512
230 20TH STREET SOUTH
BIRMINGHAM, AL 35233

Phone# (205) 250-7174

Rx: **6149411**       **Refill**
Filled: 08/18/21

**ATENOLOL-CHLOR   100-25 MG TAB**
NDC: 29300-0401-01        Mfg: UNICHEM PHARMAC   Lot#:
Qty: 30                          Days: 30           Expiration: 08/18/2022
**1 Partial by 07/20/2022**
LATORYA FRANKS
Primary Ins. FED MEDICAID   ALABAMA
Primary Ref. # 2521227013288

**Your plan(s) have saved you $56.95**

**Your Medication**                    **AMOUNT DUE:**  $0.00
**NDC#** 29300-0401-01
**Side 1** - U
**Side 2** - 26
**Form:** tablet
**Shape:** round
**Color:** light yellow

CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS.  YOU MAY REPORT SIDE EFFECTS TO THE FDA AT 1-800-FDA-1088.

## Your Prescription Receipt

**DAVIS, CHRISTOPHER D**

1209 12TH ST N
BIRMINGHAM, AL 35204
(205) 504-6113   DOB: 11/08/1985

Publix Pharmacy# 1512
230 20TH STREET SOUTH
BIRMINGHAM, AL 35233

Phone# (205) 250-7174

Rx: 6149410        **Refill**
Filled: 08/18/21

**SIMVASTATIN 10 MG TAB**
NDC: 16729-0004-17
Qty: 30
**1 Partial by 07/20/2022**
LATORYA  FRANKS

Mfg: ACCORD  HEALTHCA
Days: 30

Lot#: PYO7019
Expiration: 08/18/2022

Primary Ins. FED  MEDICAID  ALABAMA
Primary Ref. # 2521227013295

**Your plan(s) have saved you $7.50**

**AMOUNT DUE:**  $0.00

**Your Medication**
**NDC#** 16729-0004-17
**Side 1 -** S 4
**Side 2 -**
**Form:** tablet
**Shape:** oval
**Color:** brick red



CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS.  YOU MAY REPORT SIDE EFFECTS TO THE FDA AT 1-800-FDA-1088.

## Your Prescription Receipt

**DAVIS, CHRISTOPHER D**

1209 12TH ST N
BIRMINGHAM, AL 35204
(205) 504-6113   DOB: 11/08/1985

Publix Pharmacy# 1512
230 20TH STREET SOUTH
BIRMINGHAM, AL 35233

Phone# (205) 250-7174

Rx: **6149420**      **Refill**
Filled: 08/18/21

**LISINOPRIL 40 MG TAB**
NDC: 43547-0356-11            Mfg: SOLCO HEALTHCAR   Lot#:
Qty: 30                       Days: 30               Expiration: 08/18/2022
**1 Partial by 07/20/2022**
LATORYA FRANKS
Primary Ins. FED MEDICAID  ALABAMA
Primary Ref. # 2521227013289

**AMOUNT DUE:**  $0.00

**Your Medication**
**NDC#** 43547-0356-11
**Side 1 -** H 149
**Side 2 -**
**Form:** tablet
**Shape:** oblong
**Color:** yellow



CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS.  YOU MAY REPORT SIDE EFFECTS TO THE FDA AT 1-800-FDA-1088.

## Your Prescription Receipt

**DAVIS, CHRISTOPHER  D**

1209 12TH ST N
BIRMINGHAM, AL 35204
(205) 504-6113    DOB: 11/08/1985

Publix Pharmacy#  1512
230 20TH STREET  SOUTH
BIRMINGHAM, AL 35233

Phone#  (205) 250-7174

Rx: **6149415**        **Refill**
Filled: 08/18/21

**METFORMIN 500 MG TAB**
NDC#: 49483-0622-81
Qty: 30
**1 Partial by 07/20/2022**
LATORYA  FRANKS
Primary Ins. FED  MEDICAID   ALABAMA
Primary Ref. # 2521227013296

Mfg: TIME-CAP  LABS
Days: 30

Lot#:
Expiration: 08/18/2022

**Your Medication**
**NDC#** 49483-0622-81
**Side 1** · 134
**Side 2** ·
**Form:** tablet
**Shape:** round
**Color:** white

**AMOUNT DUE:**  $0.00



CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS   YOU MAY REPORT SIDE EFFECTS  TO THE FDA AT  1-800-FDA-1048

## Your Prescription Receipt

**DAVIS, CHRISTOPHER D**

1209 12TH ST N
BIRMINGHAM, AL 35204
(205) 504-6113    DOB: 11/08/1985

Publix Pharmacy# 1512
230 20TH STREET SOUTH
BIRMINGHAM, AL 35233

Phone# (205) 250-7174

Rx: **6149416**      **Refill**
Filled: 08/18/21

**FLUOXETINE  20 MG CAP**
NDC: 65862-0193-01          Mfg: AUROBINDO  PHARM  Lot#:
Qty: 30                              Days: 30                    Expiration: 08/18/2022
**1 Partial by 07/20/2022**
LATORYA  FRANKS
Primary Ins. FED  MEDICAID   ALABAMA
Primary Ref. # 2521227013291

**Your plan(s) have saved you $44.95**

**Your Medication**                    **AMOUNT DUE:**  $0.00
NDC# 65862-0193-01
**Side 1 - E**
**Side 2 - 91**
**Form:** capsule
**Shape:** oblong
**Color:** green,off-white



CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS.  YOU MAY REPORT SIDE EFFECTS TO THE FDA AT 1-800-FDA-1088

PUBLIX

*CarePoints*

Publix Pharmacy #1512
230 20th Street South
Birmingham-Jefferson, AL  35233

Date: August 18, 2021
Message ID: 94569139-1395

# MEDICATION GUIDE
## PROZAC® (PRO-zac)
## (fluoxetine capsules)
## for oral use

Read the Medication Guide that comes with PROZAC before you start taking it and each time you get a refill. There may be new information. This Medication Guide does not take the place of talking to your healthcare provider about your medical condition or treatment. Talk with your healthcare provider if there is something you do not understand or want to learn more about.

**What is the most important information I should know about PROZAC?**

PROZAC and other antidepressant medicines may cause serious side effects, including:

1. **Suicidal thoughts or actions:**
   - **PROZAC and other antidepressant medicines may increase suicidal thoughts or actions** in some children, teenagers, or young adults within the **first few months of treatment or when the dose is changed.**
   - Depression or other serious mental illnesses are the most important causes of suicidal thoughts or actions.
   - Watch for these changes and call your healthcare provider right away if you notice:
     - New or sudden changes in mood, behavior, actions, thoughts, or feelings, especially if severe.
     - Pay particular attention to such changes when PROZAC is started or when the dose is changed.

Keep all follow-up visits with your healthcare provider and call between visits if you are worried about symptoms.

**Call your healthcare provider right away if you have any of the following symptoms, or call 911 if an emergency, especially if they are new, worse, or worry you:**
   - attempts to commit suicide
   - acting on dangerous impulses
   - acting aggressive or violent
   - thoughts about suicide or dying
   - new or worse depression
   - new or worse anxiety or panic attacks
   - feeling agitated, restless, angry or irritable
   - trouble sleeping
   - an increase in activity or talking more than what is normal for you
   - other unusual changes in behavior or mood

**Call your healthcare provider right away if you have any of the following symptoms, or call 911 if an emergency. PROZAC may be associated with these serious side effects:**

2. **Serotonin Syndrome. This condition can be life-threatening and may include:**
   - agitation, hallucinations, coma or other changes in mental status
   - coordination problems or muscle twitching (overactive reflexes)
   - racing heartbeat, high or low blood pressure
   - sweating or fever
   - nausea, vomiting, or diarrhea
   - muscle rigidity
   - dizziness
   - flushing
   - tremor
   - seizures

3. **Severe allergic reactions:**
   - trouble breathing
   - swelling of the face, tongue, eyes or mouth
   - rash, itchy welts (hives) or blisters, alone or with fever or joint pain

4. **Abnormal bleeding:** PROZAC and other antidepressant medicines may increase your risk of bleeding or bruising, especially if you take the blood thinner warfarin (Coumadin®, Jantoven®), a non-steroidal anti-inflammatory drug (NSAIDs, like ibuprofen or naproxen, or aspirin)

5. **Visual problems:**
   - eye pain
   - changes in vision
   - swelling or redness in or around the eye
   Only some people are at risk for these problems. You may want to undergo an eye examination to see if you are at risk and receive preventative treatment if you are.

6. **Seizures or convulsions**

7. **Manic episodes:**
   - greatly increased energy
   - severe trouble sleeping
   - racing thoughts
   - reckless behavior
   - unusually grand ideas
   - excessive happiness or irritability
   - talking more or faster than usual

8. **Changes in appetite or weight.** Children and adolescents should have height and weight monitored during treatment.

**PROZAC® Medication Guide 1 of 3**

- **High ammonia levels in your blood:** feeling tired, vomiting, changes in mental status.
- **Low body temperature (hypothermia):** drop in your body temperature to less than 95°F, feeling tired, confusion, coma.
- **Allergic (hypersensitivity) reactions:** fever, skin rash, hives, sores in your mouth, blistering and peeling of your skin, swelling of your lymph nodes, swelling of your face, eyes, lips, tongue, or throat, trouble swallowing or breathing.
- **Drowsiness or sleepiness in the elderly.** This extreme drowsiness may cause you to eat or drink less than you normally would. Tell your doctor if you are not able to eat or drink as you normally do. Your doctor may start you at a lower dose of Depakote.

**Call your healthcare provider right away, if you have any of the symptoms listed above.**

**The common side effects of Depakote include:**

- nausea
- headache
- sleepiness
- vomiting
- weakness
- tremor
- dizziness
- stomach pain
- blurry vision
- double vision
- diarrhea
- increased appetite
- weight gain
- hair loss
- loss of appetite
- problems with walking or coordination

These are not all of the possible side effects of **Depakote**. For more information, ask your healthcare provider or pharmacist.

Tell your healthcare provider if you have any side effect that bothers you or that does not go away.

**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.**

### How should I store Depakote?

- Store Depakote Extended-Release Tablets between 59°F to 86°F (15°C to 30°C).
- Store Depakote Delayed Release Tablets below 86°F (30°C).
- Store Depakote Sprinkle Capsules below 77°F (25°C).

**Keep Depakote and all medicines out of the reach of children.**

### General information about the safe and effective use of Depakote

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use Depakote for a condition for which it was not prescribed. Do not give Depakote to other people, even if they have the same symptoms that you have. It may harm them.

This Medication Guide summarizes the most important information about Depakote. If you would like more information, talk with your healthcare provider. You can ask your pharmacist or healthcare provider for information about Depakote that is written for health professionals.

For more information, go to www.rxabbvie.com or call 1-800-633-9110.

### What are the ingredients in Depakote?

Active ingredient: divalproex sodium

Inactive ingredients:

- **Depakote Extended-Release Tablets:** FD&C Blue No. 1, hypromellose, lactose, microcrystalline cellulose, polyethylene glycol, potassium sorbate, propylene glycol, silicon dioxide, titanium dioxide, and tragacanth. The 500 mg tablets also contain iron oxide and polydextrose.
- **Depakote Tablets:** cellulosic polymers, diacetylated monoglycerides, povidone, pregelatinized starch (contains corn starch), silica gel, talc, titanium dioxide, and vanillin.
  - Individual tablets also contain:
    - **125 mg tablets:** FD&C Blue No. 1 and FD&C Red No. 40.
    - **250 mg tablets:** FD&C Yellow No. 6 and iron oxide.
    - **500 mg tablets:** D&C Red No. 30, FD&C Blue No. 2, and iron oxide.
- **Depakote Sprinkle Capsules:** cellulosic polymers, D&C Red No. 28, FD&C Blue No. 1 gelatin, iron oxide, magnesium stearate, silica gel, titanium dioxide, and triethyl citrate.

**Depakote ER:**
250 mg is Mfd. by AbbVie LTD, Barceloneta, PR 00617
500 mg is Mfd. by AbbVie Inc., North Chicago, IL 60064 U.S.A. or
AbbVie LTD, Barceloneta, PR 00617
For AbbVie Inc., North Chicago, IL 60064 U.S.A.

**Depakote Tablets:**
Mfd. by AbbVie LTD, Barceloneta, PR 00617
For AbbVie Inc., North Chicago, IL 60064, U.S.A

**Depakote Sprinkle Capsules:**
AbbVie Inc., North Chicago, IL 60064, U.S.A

This Medication Guide has been approved by the U.S. Food and Drug Administration.

©1983-2021 AbbVie Inc.

Revised: February 2021

20067097

**Depakote Tablets Medication Guide 3 of 3**

stopher D. Davis
324 12TH AVE S
BIRMINGHAM,  AL 35206

10/14/2021

Dear Christopher D. Davis,

This is a reminder for your upcoming appointment with LEE, TAMEKA R, DPM.

Date:  11/10/21
Time:  2:30 PM
Department:
Location: Simon Williamson Clinic Princeton
Visit Type: New Patient

Instructions:

If for any reason you are unable to keep this appointment, please contact the office at
205-206-8461 to reschedule.

Sincerely,

Patient Service Specialist for LEE, TAMEKA R, DPM

..., vomiting, changes in

**...mia):** drop in your body temperature
..g tired, confusion, coma.

**...sensitivity) reactions:** fever, skin rash, hives, sores in
...outh, blistering and peeling of your skin, swelling of your lymph
nodes, swelling of your face, eyes, lips, tongue, or throat, trouble
swallowing or breathing.

- **Drowsiness or sleepiness in the elderly.** This extreme drowsiness may
cause you to eat or drink less than you normally would. Tell your doctor if
you are not able to eat or drink as you normally do. Your doctor may start
you at a lower dose of Depakote.

**Call your healthcare provider right away, if you have any of the
symptoms listed above.**

**The common side effects of Depakote include:**

- nausea
- headache
- sleepiness
- vomiting
- weakness
- tremor
- dizziness
- stomach pain
- blurry vision
- double vision
- diarrhea
- increased appetite
- weight gain
- hair loss
- loss of appetite
- problems with walking or coordination

These are not all of the possible side effects of **Depakote**. For more
information, ask your healthcare provider or pharmacist.

Tell your healthcare provider if you have any side effect that bothers you or that
does not go away.

**Call your doctor for medical advice about side effects. You may report
side effects to FDA at 1-800-FDA-1088.**

**How should I store Depakote?**

- Store Depakote Extended-Release Tablets between 59°F to 86°F (15°C to 30°C).
- Store Depakote Delayed Release Tablets below 86°F (30°C).
- Store Depakote Sprinkle Capsules below 77°F (25°C).

**Keep Depakote and all medicines out of the reach of children.**

**General information about the safe and effective use of
Depakote**

Medicines are sometimes prescribed for purposes other than those listed in a
Medication Guide. Do not use Depakote for a condition for which it was not
prescribed. Do not give Depakote to other people, even if they have the same
symptoms that you have. It may harm them.

This Medication Guide summarizes the most important information about
Depakote. If you would like more information, talk with your healthcare provider.
You can ask your pharmacist or healthcare provider for information about
Depakote that is written for health professionals.

For more information, go to www.rxabbvie.com or call 1-800-633-9110

**What are the ingredients in Depakote?**

Active ingredient: divalproex sodium

Inactive ingredients:

- **Depakote Extended-Release Tablets:** FD&C Blue No. 1, hypromellose,
lactose, microcrystalline cellulose, polyethylene glycol, potassium sorbate,
propylene glycol, silicon dioxide, titanium dioxide, and triacetin. The
500 mg tablets also contain iron oxide and polydextrose.
- **Depakote Tablets:** cellulosic polymers, diacetylated monoglycerides,
povidone, pregelatinized starch (contains corn starch), silica gel, talc,
titanium dioxide, and vanillin.
    - Individual tablets also contain:
        **125 mg tablets:** FD&C Blue No. 1 and FD&C Red No. 40.
        **250 mg tablets:** FD&C Yellow No. 6 and iron oxide.
        **500 mg tablets:** D&C Red No. 30, FD&C Blue No. 2, and iron oxide.
- **Depakote Sprinkle Capsules:** cellulosic polymers, D&C Red No. 28,
FD&C Blue No. 1, gelatin, iron oxide, magnesium stearate, silica gel,
titanium dioxide, and triethyl citrate.

**Depakote ER:**
   **250 mg** is Mfd. by AbbVie LTD., Barceloneta, PR 00617
   **500 mg** is Mfd. by AbbVie Inc., North Chicago, IL 60064 U.S.A. or
   AbbVie LTD., Barceloneta, PR 00617
   For AbbVie Inc., North Chicago, IL 60064 U.S.A.

**Depakote Tablets:**
   Mfd. by AbbVie LTD., Barceloneta, PR 00617
   For AbbVie Inc., North Chicago, IL 60064, U.S.A.

**Depakote Sprinkle Capsules:**
   AbbVie Inc., North Chicago, IL 60064, U.S.A.

This Medication Guide has been approved by the U.S. Food and Drug
Administration.

©1983-2021 AbbVie Inc.

Revised: June 2021

20068449

**Depakote Tablets Medication Guide 3 of 3**

PUBLIX

*Feeling well. starts here*

*CarePoints*

Publix Pharmacy #1512
230 20th Street South
Birmingham-Jefferson, AL  35233

Date: March 16, 2022
Message ID: 09631209-10790

# MEDICATION GUIDE
## DEPAKOTE ER (dep-a-kOte)
## (divalproex sodium)
## Extended-Release Tablets

## DEPAKOTE (dep-a-kOte)
## (divalproex sodium)
## Tablets

## DEPAKOTE (dep-a-kOte)
## (divalproex sodium delayed release capsules)
## Sprinkle Capsules

Read this Medication Guide before you start taking Depakote and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your medical condition or treatment.

**What is the most important information I should know about Depakote?**

**Do not stop taking Depakote without first talking to your healthcare provider.**

Stopping Depakote suddenly can cause serious problems.

**Depakote can cause serious side effects, including:**

1. **Serious liver damage that can cause death, especially in children younger than 2 years old.** The risk of getting this serious liver damage is more likely to happen within the first 6 months of treatment.

   **Call your healthcare provider right away if you get any of the following symptoms:**
   - nausea or vomiting that does not go away
   - loss of appetite
   - pain on the right side of your stomach (abdomen)
   - dark urine
   - swelling of your face
   - yellowing of your skin or the whites of your eyes

   In some cases, liver damage may continue despite stopping the drug.

2. **Depakote may harm your unborn baby.**
   - If you take Depakote during pregnancy for any medical condition, your baby is at risk for serious birth defects that affect the brain and spinal cord and are called spina bifida or neural tube defects. These defects occur in 1 to 2 out of every 100 babies born to mothers who use this medicine during pregnancy. These defects can begin in the first month, even before you know you are pregnant. Other birth defects that affect the structures of the heart, head, arms, legs, and the opening where the urine comes out (urethra) on the bottom of the penis can also happen. Decreased hearing or hearing loss can also happen.

   - Birth defects may occur even in children born to women who are not taking any medicines and do not have other risk factors.
   - Taking folic acid supplements before getting pregnant and during pregnancy can lower the chance of having a baby with a neural tube defect.
   - If you take Depakote during pregnancy for any medical condition, your child is at risk for having lower IQ and may be at risk for developing autism or attention deficit/hyperactivity disorder.
   - There may be other medicines to treat your condition that have a lower chance of causing birth defects, decreased IQ, or other disorders in your child.
   - Women who are pregnant must not take Depakote to prevent migraine headaches.
   - **All women of childbearing age (including girls from the start of puberty) should talk to their healthcare provider about using other possible treatments instead of Depakote. If the decision is made to use Depakote, you should use effective birth control (contraception).**
   - Tell your healthcare provider right away if you become pregnant while taking Depakote. You and your healthcare provider should decide if you will continue to take Depakote while you are pregnant.
   - **Pregnancy Registry:** If you become pregnant while taking Depakote, talk to your healthcare provider about registering with the North American Antiepileptic Drug Pregnancy Registry. You can enroll in this registry by calling toll-free 1-888-233-2334. The purpose of this registry is to collect information about the safety of antiepileptic drugs during pregnancy.

3. **Inflammation of your pancreas (pancreatitis) that can cause death.**

   **Call your healthcare provider right away if you have any of these symptoms:**
   - severe stomach pain
   - nausea or vomiting

**Depakote Tablets Medication Guide 1**

Prescription 1 of 1
DAVIS, CHRISTOP...

**DRUG NAME**
GENERIC NAM...

USES: Ibuprof...
level and to r...
amount that o...
arthritis, ost...
if you have ...
different pu...
OTHER U...
professional...
gout attac...
PRECAU...
any oth...
taking ...
NSAID ...
pres...
medi...
and ...
cha...
me...
to ...

## Your Prescription Receipt

**DAVIS, CHRISTOPHER D**

8324 12TH AVE S
BIRMINGHAM, AL 35206
(205) 504-6113   DOB: 11/08/1985
Filled: 11/15/21

Publix Pharmacy#  1512
230 20TH STREET  SOUTH
BIRMINGHAM, AL 35233

Phone# (205) 250-7174

Rx: **6164108**          New

**IBUPROFEN  800 MG TAB**
NDC#: 49483-0604-50          Mfg: TIME-CAP  LABS          Lot#: 9S1028
Qty: 30                      Days: 10                     Expiration: 11/15/2022
**No Refills. Auth Required.**
JOANN DEVANY
Primary Ins. FED  MEDICAID   ALABAMA
Primary Ref. # 2521319020208

Your plan(s) have saved you $11.95

**Your Medication**
NDC# 49483-0604-50
**Side 1** - 123
**Side 2** -
**Form:** tablet
**Shape:** oblong
**Color:** white

**AMOUNT DUE:**  $0.00



CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS.  YOU MAY REPORT SIDE EFFECTS  TO THE FDA AT  1-800-FDA-1088.

Brookwood Baptist Medical Center
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | |
|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR, |
| MRN #: | 01548471 | | |
| Account #: | 4560694A | Admission Date: | |
| DOB/Age/Sex: | 11/8/1985  /  35 years  /  Male | Discharge Date: | 8/30/2021 |

*Patient Depart Summary*

## Get help right away if:

- You think about hurting yourself or you try to hurt yourself.
- You think about suicide.

**If you ever feel like you may hurt yourself or others, or have thoughts about taking your own life, get help right away. You can go to your nearest emergency department or call:**

- **Your local emergency services (911 in the U.S.).**
- **A suicide crisis helpline, such as the National Suicide Prevention Lifeline at 1-800-273-8255. This is open 24 hours a day.**

## Summary

- Mania involves episodes of emotional highs that include having very high energy, racing thoughts, very high self-esteem, and decreased ability to concentrate.
- Episodes of mania are very intense and can last longer than a week.
- Treatment for mania may include medicines and talk therapy (psychotherapy).

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/10/2020 Document Reviewed: 04/13/2018
Elsevier Patient Education © 2020 Elsevier Inc.

## Bipolar 2 Disorder

Bipolar 2 disorder is a mental health disorder in which a person has episodes of emotional lows, or depression. In bipolar 2 disorder, the episodes of emotional highs are less extreme and do not last as long as in bipolar 1 disorder. These highs are called hypomania.

People with bipolar 2 disorder have had at least one episode of hypomania (hypomanic episode) in their lives, which is usually followed by a depressive episode. Some people may have cycles of hypomanic and depressive episodes. Some people with bipolar 2 disorder may lead a very normal life between episodes.

## What are the causes?

The cause of this condition is not known.

## What increases the risk?

The following factors may make you more likely to develop this condition:

- Having a family member with the disorder.
- Having an imbalance of certain chemicals in the brain (neurotransmitters).
- Experiencing stress, such as illness, divorce, financial problems, or a death.
- Having certain conditions that affect the brain or spinal cord (neurologic conditions).
- Having had a brain injury (trauma).

| Patient: | DAVIS, CHISTOPHER D | Attending Provider: | Brookwood Baptist Medical Center | EDGE MD,KIMBERLEY G ; FARR, |
|---|---|---|---|---|
| MRN #: | 015484171 | | 2010 Brookwood Medical Center Drive | 8/30/2021 |
| Account #: | 45606944 | Admission Date: | Birmingham, AL 35209-6804 | |
| DOB/Age/Sex: | 11/8/1985  /  35 years  /  Male | Discharge Date: | | |

*Patient Depart Summary*

---

## What increases the risk?

You are more likely to develop hypomania if you have a mood disorder, especially bipolar disorder.

If you have a mood disorder, the following factors may increase your risk of developing hypomania:

- Not getting enough sleep.
- Using substances such as tobacco, caffeine, or illegal drugs.
- Certain prescription medicines, such as antidepressants or antibiotics.
- Stress or emotional events.
- Certain seasons. Hypomania is more common in spring and summer.
- The period of time after having a baby (postpartum period).

## What are the signs or symptoms?

Symptoms of this condition include:

- Very high energy or restlessness.
- Decreased need for sleep.
- Very high self-esteem or self-confidence.
- Being unusually talkative, or feeling a need to keep talking. Speech may be very fast. It may seem like you cannot stop talking.
- Racing thoughts or constant talking, with quick shifts between topics that may or may not be related (flight of ideas).
- Decreased ability to focus or concentrate.
- Increased purposeful activity, such as work, study, or social activity.
- Increased nonproductive activity. This could be pacing, squirming and fidgeting, or finger and toe tapping.
- Being more irritable.
- Impulsive behavior and poor judgment. This may result in high-risk activities, such as having unprotected sex or spending a lot of money.

## How is this diagnosed?

This condition may be diagnosed based on:

- Your symptoms and medical history.
- A physical exam. Your health care provider will check for physical conditions that may be causing your symptoms.
- A mental health evaluation. You may be referred to a mental health provider who specializes in diagnosing and treating mood disorders.

## How is this treated?

This condition may be treated with:

- Medicines, such as mood stabilizers. Your health care provider may also recommend medicines to help you sleep, if needed.
- Talk therapy (psychotherapy) with a mental health provider.

## Follow these instructions at home:

# Your Prescription Receipt

**DAVIS, CHRISTOPHER  D**

8324 12TH AVE S
BIRMINGHAM, AL 35206
(205) 504-6113    DOB: 11/08/1985

Publix Pharmacy#  1512
230 20TH STREET  SOUTH
BIRMINGHAM, AL 35233

Phone# (205) 250-7174

Rx: **6150258**       **Refill**
Filled: 11/15/21

**SPIRONOLACTONE   50 MG TAB**
NDC#: 68382-0661-01        Mfg: ZYDUS  PHARMACEU    Lot#: Z101349
Qty: 30                          Days: 30           Expiration: 11/15/2022
**No Refills. Auth Required.**
LATORYA  FRANKS

Primary Ins. FED  MEDICAID   ALABAMA
Primary Ref. # 2521319019371

**Your plan(s) have saved you $23.95**

**Your Medication**            **AMOUNT DUE:**   $0.00
NDC# 68382-0661-01
**Side 1** - 661
**Side 2** -
**Form:** tablet
**Shape:** oval
**Color:** white

CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS.  YOU MAY REPORT SIDE EFFECTS  TO THE FDA AT 1-800-FDA-1088.

- You have a fever or chills.
- You are having more trouble with walking.
- You have new symptoms.

## Get help right away if:

- Your foot, leg, toes, or ankle:
  - Tingles or becomes numb.
  - Becomes swollen.
  - Turns pale or blue.

## Summary

- Ankle pain can occur on either side or the back of one ankle or both ankles.
- Ankle pain may be sharp and burning or dull and aching.
- Rest your ankle as told by your health care provider. If told, apply ice to the area.
- Take over-the-counter and prescription medicines only as told by your health care provider.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/07/2020 Document Review ed: 06/26/2019
Elsevier Patient Education © 2021 Elsevier Inc.


## ADDITIONAL INFORMATION

**YOU MAY RETURN TO THE EMERGENCY DEPARTMENT ANY TIME IF YOUR CONDITION WORSENS, DOES NOT IMPROVE, OR IF YOU HAVE A NEW PROBLEM.**

**The examination and treatment you have received in the Emergency Department was given on an Emergency basis only. It is important that you contact your follow-up doctor or any other doctor you choose for continued care. Please report to your doctor any new or worsening problem(s).**

**Call your doctor if you have changes in your mental health status (unusual behavior, confusion, feelings or thoughts of suicide).  You may also call the National Suicide Prevention Lifeline.  This is a 24-hour, toll-free suicide prevention service available to anyone in suicidal crisis.  If you need help, please dial 1-800-273-TALK (8255).  You will be routed to the closest possible crisis center in your area.**

**myUABMedicine is our online patient portal that gives you convenient, secure, 24/7 access to your UAB Medicine electronic health record and allows you to communicate with your UAB Medicine health care providers. For more information or to self-enroll, visit uabmedicine.org/me.**

**We offer the ability for you to securely connect health management apps to the UAB Medicine electronic health record. To learn more about this capability, please visit**

Name: DAVIS, CHRISTOPHER
MRN: 000003160172                              5 of 8                         03/16/2022 09:23:13

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | |
|---|---|
| **Attending Provider:** | EDGE MD,KIMBERLEY G ; FAF |
| **Admission Date:** | 8/30/2021 |
| **Discharge Date:** | |

Male

---

*Patient Depart Summary*

## ...t me?

...se in blood glucose (hypoglycemia), especially if you use insulin or take certain oral diabetes
... a life-threatening condition. Symptoms of hypoglycemia (sleepiness, dizziness, and confusion) are
...g too much alcohol.

...vider says that alcohol is safe for you, follow these guidelines:

...cohol intake to no more than 1 drink per day for nonpregnant women and 2 drinks per day for men. One drink equals
...z of beer, 5 oz of wine, or 1½ oz of hard liquor.
**Do not** drink on an empty stomach.
Keep yourself hydrated with water, diet soda, or unsweetened iced tea.
• Keep in mind that regular soda, juice, and other mixers may contain a lot of sugar and must be counted as carbs.

## What are tips for following this plan?



### Reading food labels

• Start by checking the serving size on the "Nutrition Facts" label of packaged foods and drinks. The amount of calories, carbs, fats, and other nutrients listed on the label is based on one serving of the item. Many items contain more than one serving per package.
• Check the total grams (g) of carbs in one serving. You can calculate the number of servings of carbs in one serving by dividing the total carbs by 15. For example, if a food has 30 g of total carbs, it would be equal to 2 servings of carbs.
• Check the number of grams (g) of saturated and trans fats in one serving. Choose foods that have low or no amount of these fats.
• Check the number of milligrams (mg) of salt (sodium) in one serving. Most people should limit total sodium intake to less than 2,300 mg per day.
• Always check the nutrition information of foods labeled as "low-fat" or "nonfat". These foods may be higher in added sugar or refined carbs and should be avoided.
• Talk to your dietitian to identify your daily goals for nutrients listed on the label.

### Shopping

• Avoid buying canned, premade, or processed foods. These foods tend to be high in fat, sodium, and added sugar.

---

*CarePoints*

Jefferson, AL 35233

Date: November 15, 2021
Message ID: 72614197-1393

# MEDICATION GUIDE
## for Nonsteroidal Anti-inflammatory Drugs (NSAIDs)

**What is the most important information I should know about medicines called Nonsteroidal Anti-inflammatory Drugs (NSAIDs)?**

**NSAIDs can cause serious side effects, including:**
- **Increased risk of a heart attack or stroke that can lead to death.** This risk may happen early in treatment and may increase:
  - with increasing doses of NSAIDs
  - with longer use of NSAIDs

  **Do not take NSAIDs right before or after a heart surgery called a "coronary artery bypass graft (CABG)."**

  **Avoid taking NSAIDs after a recent heart attack, unless your healthcare provider tells you to. You may have an increased risk of another heart attack if you take NSAIDs after a recent heart attack.**
- **Increased risk of bleeding, ulcers, and tears (perforation) of the esophagus (tube leading from the mouth to the stomach), stomach and intestines:**
  - anytime during use
  - without warning symptoms
  - that may cause death

  **The risk of getting an ulcer or bleeding increases with:**
  - past history of stomach ulcers, or stomach or intestinal bleeding with use of NSAIDs
  - taking medicines called "corticosteroids", "anticoagulants", "SSRIs" or "SNRIs"
  - increasing doses of NSAIDs
  - longer use of NSAIDs
  - smoking
  - drinking alcohol
  - older age
  - poor health
  - advanced liver disease
  - bleeding problems

**NSAIDs should only be used:**
  - exactly as prescribed
  - at the lowest dose possible for your treatment
  - for the shortest time needed

## What are NSAIDs?
NSAIDs are used to treat pain and redness, swelling, and heat (inflammation) from medical conditions such as different types of arthritis, menstrual cramps, and other types of short-term pain.

## Who should not take NSAIDs?
**Do not take NSAIDs:**
  - if you have had an asthma attack, hives, or other allergic reaction with aspirin or any other NSAIDs.
  - right before or after heart bypass surgery.

**Before taking NSAIDS, tell your healthcare provider about all of your medical conditions, including if you:**
  - have liver or kidney problems
  - have high blood pressure
  - have asthma
  - are pregnant or plan to become pregnant. Talk to your healthcare provider if you are considering taking NSAIDs during pregnancy. **You should not take NSAIDs after 29 weeks of pregnancy.**
  - are breastfeeding or plan to breast feed.

**Tell your healthcare provider about all of the medicines you take, including prescription or over-the-counter medicines, vitamins or herbal supplements.** NSAIDs and some other medicines can interact with each other and cause serious side effects. **Do not start taking any new medicine without talking to your healthcare provider first.**

## What are the possible side effects of NSAIDs?
**NSAIDs can cause serious side effects, including:**

See "What is the most important information I should know about medicines called Nonsteroidal Anti-inflammatory Drugs (NSAIDs)?"
  - new or worse high blood pressure
  - heart failure
  - liver problems including liver failure
  - kidney problems including kidney failure
  - low red blood cells (anemia)
  - life-threatening skin reactions
  - life threatening allergic reactions
  - **Other side effects of NSAIDs include:** stomach pain, constipation, diarrhea, gas, heartburn, nausea, vomiting, and dizziness.

**Get emergency help right away if you get any of the following symptoms:**
  - shortness of breath or trouble breathing
  - chest pain
  - weakness in one part or side of your body
  - slurred speech
  - swelling of the face or throat

**Stop taking your NSAID and call your healthcare provider right away if you get any of the following symptoms:**
  - nausea
  - more tired or weaker than usual
  - diarrhea
  - itching
  - your skin or eyes look yellow
  - indigestion or stomach pain
  - flu-like symptoms
  - vomit blood
  - there is blood in your bowel movement or it is black and sticky like tar
  - unusual weight gain
  - skin rash or blisters with fever
  - swelling of the arms, legs, hands and feet

## Your Prescription Receipt

**DAVIS, CHRISTOPHER  D**

8324 12TH AVE S
BIRMINGHAM,  AL 35206
(205) 504-6113    DOB: 11/08/1985

Publix Pharmacy#  1512
230 20TH STREET  SOUTH
BIRMINGHAM,  AL 35233

Phone#  (205) 250-7174

Rx: **6155271**          **Refill**
Filled: 03/16/22

**DIVALPROEX  DR 250 MG TAB**
NDC: 68001-0473-00        Mfg: BLUEPOINT  LABOR        Lot#: ZDPM21038
Qty: 90                          Days: 30                          Expiration: 03/16/2023
**7 Refills by 09/07/2022**
BENJAMIN  BREAZILE

Primary Ins. FED  MEDICAID    ALABAMA
Primary Ref. # 2522075015497

**Your plan(s) have saved you $139.95**

## Your Medication
**NDC#** 68001-0473-00
**Side 1 -** UL250
**Side 2 -**
**Form:** tablet,delayed
release  (DR/EC)
**Shape:** oval

**AMOUNT DUE:**   $0.00

CALL YOUR DOCTOR FOR MEDICAL ADVICE ABOUT SIDE EFFECTS.   YOU MAY REPORT  SIDE EFFECTS  TO THE FDA AT  1-800-FDA-1088.

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR, |
| MRN #: | 01548471 | Admission Date: | 8/30/2021 |
| Account #: | 45606944 | Discharge Date: | |
| DOB/Age/Sex: | 11/8/1985  / 35 years      / Male | | |

*Patient Depart Summary*

- Follow instructions from your health care providers about managing your diabetes. Your diabetes may be managed by a team of health care providers who can teach you how to care for yourself and can answer questions that you have.
- Your health care provider will tell you how often you need medical visits depending on your diabetes management plan. Keep all follow-up visits as directed. This is important so possible problems can be identified early and complications can be avoided or treated.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 03/18/2019 Document Reviewed: 09/16/2017
Elsevier Patient Education © 2020 Elsevier Inc.

# Diabetes Mellitus and Nutrition, Adult

When you have diabetes (diabetes mellitus), it is very important to have healthy eating habits because your blood sugar (glucose) levels are greatly affected by what you eat and drink. Eating healthy foods in the appropriate amounts, at about the same times every day, can help you:

- Control your blood glucose.
- Lower your risk of heart disease.
- Improve your blood pressure.
- Reach or maintain a healthy weight.

Every person with diabetes is different, and each person has different needs for a meal plan. Your health care provider may recommend that you work with a diet and nutrition specialist (dietitian) to make a meal plan that is best for you. Your meal plan may vary depending on factors such as:

- The calories you need.
- The medicines you take.
- Your weight.
- Your blood glucose, blood pressure, and cholesterol levels.
- Your activity level.
- Other health conditions you have, such as heart or kidney disease.

## How do carbohydrates affect me?

Carbohydrates, also called carbs, affect your blood glucose level more than any other type of food. Eating carbs naturally raises the amount of glucose in your blood. Carb counting is a method for keeping track of how many carbs you eat. Counting carbs is important to keep your blood glucose at a healthy level, especially if you use insulin or take certain oral diabetes medicines.

It is important to know how many carbs you can safely have in each meal. This is different for every person. Your dietitian can help you calculate how many carbs you should have at each meal and for each snack.

Foods that contain carbs include:

- Bread, cereal, rice, pasta, and crackers.
- Potatoes and corn.
- Peas, beans, and lentils.
- Milk and yogurt.
- Fruit and juice.
- Desserts, such as cakes, cookies, ice cream, and candy.

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | Admission Date: | 8/30/2021 |
| Account #: | 45606944 | Discharge Date: | |
| DOB/Age/Sex: | 11/8/1985  / 35 years   / Male | | |

*Patient Depart Summary*

# Advance Directives

Advance Directive -
   No
Advance Directive Additional Information -
   Information refused

# Reason for Your Visit

covid virus

# Your Diagnosis

Acute kidney injury
COVID-19
Diarrhea
Bipolar disorder

# What to do next

## You Need to Schedule the Following Appointments

**Follow Up with** FRANKS PAC,
LATORYA, Family Practice
**When:** Within 10-14 days

**Why:** Call for follow up appointment

**Where:** 1925 AVENUE E
BIRMINGHAM, AL 35218-
(205) 788-5164

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | **Attending Provider:** | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | **Admission Date:** | 8/30/2021 |
| Account #: | 45606944 | **Discharge Date:** | |
| DOB/Age/Sex: | 11/8/1985  / 35 years   / Male | | |

*Patient Depart Summary*

- Talk with your pharmacist or health care provider about all the medicines that you take, their possible side effects, and which medicines are safe to take together.
- Make it your goal to take part in all treatment decisions (shared decision-making). Ask about possible side effects of medicines that your health care provider recommends, and tell him or her how you feel about having those side effects. It is best if shared decision-making with your health care provider is part of your total treatment plan.

If you are taking medicines as part of your treatment, do not stop taking medicines before you ask your health care provider if it is safe to stop. You may need to have the medicine slowly decreased (tapered) over time to lower the risk of harmful side effects.

**Relationships**



Spend time with people whom you trust and with whom you feel a sense of understanding and calm. Try to find friends or family members who make you feel safe and can help you control feelings of mania. Consider going to couples counseling, family education classes, or family therapy to:

- Educate your loved ones about your condition and offer suggestions about how they can support you.
- Help resolve conflicts.
- Help develop communication skills in your relationships.

# How to recognize changes in your condition

Everyone responds differently to treatment for bipolar disorder. Some signs that your condition is improving include:

- Leveling of your mood. You may have less anger and excitement about daily activities, and your low moods may not be as bad.
- Your symptoms being less intense.
- Feeling calm more often.
- Thinking clearly.
- Not experiencing consequences for extreme behavior.
- Feeling like your life is settling down.
- Your behavior seeming more normal to you and to other people.

Some signs that your condition may be getting worse include:

- Sleep problems.
- Moods cycling between deep lows and unusually high (excess) energy.
- Extreme emotions.
- More anger at loved ones.
- Staying away from others, or isolating yourself.
- A feeling of power or superiority.
- Completing a lot of tasks in a very short amount of time.
- Unusual thoughts and behaviors.

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| Patient: | DAVIS, CHISTOPHER D | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR, |
| MRN #: | 015484711 | Admission Date: | 8/30/2021 |
| Account #: | 45606944 | Discharge Date: | |
| DOB/Age/Sex: | 11/8/1985 / 35 years   /   Male | | |

*Patient Depart Summary*

- The period of time after having a baby (postpartum period).

## What are the signs or symptoms?

Symptoms of this condition include:

- Very high energy or restlessness.
- Decreased need for sleep.
- Very high self-esteem or self-confidence.
- Being unusually talkative, or feeling a need to keep talking. Speech may be very fast. It may seem like you cannot stop talking.
- Racing thoughts or constant talking, with quick shifts between topics that may or may not be related (flight of ideas).
- Decreased ability to focus or concentrate.
- Increased purposeful activity, such as work, study, or social activity.
- Increased nonproductive activity. This could be pacing, squirming and fidgeting, or finger and toe tapping.
- Being more irritable.
- Impulsive behavior and poor judgment. This may result in high-risk activities, such as having unprotected sex or spending a lot of money.

## How is this diagnosed?

This condition may be diagnosed based on:

- Your symptoms and medical history.
- A physical exam. Your health care provider will check for physical conditions that may be causing your symptoms.
- A mental health evaluation. You may be referred to a mental health provider who specializes in diagnosing and treating mood disorders.

## How is this treated?

This condition may be treated with:

- Talk therapy (psychotherapy) with a mental health provider.
- Medicines, such as mood stabilizers. Your health care provider may also recommend medicines to help you sleep, if needed.

## Follow these instructions at home:



- Take over-the-counter and prescription medicines only as told by your health care provider.

ER D



0.00    0500 05F

5 — 1512
, CHRISTOPHER D
2TH AVE S
IINGHAM, AL 35206
one: (205) 504 — 6113
I081985



Amount Due: 0.00    0029 01F

6155200 — 1512
DAVIS, CHRISTOPHER D
8324 12TH AVE S
BIRMINGHAM, AL 35206
Phone: (205) 504 — 6113
11081985



Amount Due: 0.00    0470 90

78584 — 1512
DAVIS, CHRISTOPHER D
8324 12TH AVE S
BIRMINGHAM, AL 35206
Phone: (205) 504 — 6113
11081985



Amount Due: 0.00    0550 01

6149412 — 1512
DAVIS, CHRISTOPHER D
8324 12TH AVE S
BIRMINGHAM, AL 35206
Phone: (205) 504 — 6113
11081985



Amount Due: 0.00    0168 01
30

6155271 — 1512 NIOSH
DAVIS, CHRISTOPHER D
8324 12TH AVE S
BIRMINGHAM, AL 35206
Phone: (205) 504 — 6113
11081985
Amount Due: 0.00
0473 00
122

6149410 — 1512
DAVIS, CHRISTOPHER D
8324 12TH AVE S
BIRMINGHAM, AL 35206
Phone: (205) 504 — 6113
11081985
Amount Due: 0.00
0004 17
900

Fill: 02
Filled: 03/16/22
PDT: 03/16/2022 10:45 AM
Delivery Method: Waiting
Ordersource: Store
FED MEDICAID ALABAMA
DA
03/16/22 10:33AM Version: V3.8 11 ÁΠΟΘΝ

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | **Attending Provider:** | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | **Admission Date:** | 8/30/2021 |
| Account #: | 45606944 | **Discharge Date:** | |
| DOB/Age/Sex: | 11/8/1985  / 35 years   / Male | | |

*Patient Depart Summary*

- Follow a set daily schedule.
- Eat a healthy diet that includes fresh fruits and vegetables, whole grains, low-fat dairy, and lean meat.
- Get at least 7–8 hours of sleep each night.
- Avoid using products that contain nicotine or tobacco. If you want help quitting, ask your health care provider.
- **Do not** use drugs.

**Alcohol use**

- **Do not** drink alcohol if:
  - Your health care provider tells you not to drink.
  - You are pregnant, may be pregnant, or are planning to become pregnant.
- If you drink alcohol:
  - Limit how much you use to:
    - 0–1 drink a day for women.
    - 0–2 drinks a day for men.
  - Be aware of how much alcohol is in your drink. In the U.S., one drink equals one 12 oz bottle of beer (355 mL), one 5 oz glass of wine (148 mL), or one 1½ oz glass of hard liquor (44 mL).

**General instructions**

- Take over-the-counter and prescription medicines only as told by your health care provider. You may think about stopping your medicine, but it is very important to take your medicine as prescribed.
- Consider joining a support group. Your health care provider may be able to recommend one.
- Talk with your family and friends about your treatment goals and how they can help.
- Keep all follow-up visits as told by your health care provider. This is important.

# Where to find more information

- National Alliance on Mental Illness: www.nami.org
- National Institute of Mental Health: www.nimh.nih.gov

# Contact a health care provider if:

- Your symptoms get worse, or your loved ones tell you that your symptoms are getting worse.
- You have uncomfortable side effects from your medicine.
- You have trouble sleeping.
- You have trouble doing daily activities.
- You feel unsafe in your surroundings.
- You are self-medicating with alcohol or drugs.

# Get help right away if:

- You have new symptoms.
- You have thoughts about harming yourself or others.
- You are considering suicide.

**If you ever feel like you may hurt yourself or others, or have thoughts about taking your own life, get help right away. You can go to your nearest emergency department or call:**

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | Admission Date: | 8/30/2021 |
| Account #: | 45606944 | Discharge Date: | |
| DOB/Age/Sex: | 11/8/1985  / 35 years   / Male | | |

*Patient Depart Summary*

- Avoid using products that contain nicotine or tobacco. If you want help quitting, ask your health care provider.
- **Do not** use drugs.

**Alcohol use**

- **Do not** drink alcohol if:
  - Your health care provider tells you not to drink.
  - You are pregnant, may be pregnant, or are planning to become pregnant.
- If you drink alcohol:
  - Limit how much you use to:
    - 0–1 drink a day for women.
    - 0–2 drinks a day for men.
  - Be aware of how much alcohol is in your drink. In the U.S., one drink equals one 12 oz bottle of beer (355 mL), one 5 oz glass of wine (148 mL), or one 1½ oz glass of hard liquor (44 mL).

**General instructions**

- Take over-the-counter and prescription medicines only as told by your health care provider. You may think about stopping your medicine, but it is very important to take all your medicine as prescribed.
- Consider joining a support group. Your health care provider may be able to recommend one.
- Talk with your family and friends about your treatment goals and how they can help.
- Keep all follow-up visits as told by your health care provider. This is important.

# Where to find more information

- National Alliance on Mental Illness: www.nami.org
- National Institute of Mental Health: www.nimh.nih.gov

# Contact a health care provider if:

- Your symptoms get worse, or your loved ones tell you that your symptoms are getting worse.
- You have uncomfortable side effects from your medicine.
- You have trouble sleeping.
- You have trouble doing daily activities.
- You feel unsafe in your surroundings.
- You are self-medicating with alcohol or drugs.

# Get help right away if:

- You have new symptoms.
- You have thoughts about harming yourself or others.
- You are considering suicide.

**If you ever feel like you may hurt yourself or others, or have thoughts about taking your own life, get help right away. You can go to your nearest emergency department or call:**

- **Your local emergency services (911 in the U.S.).**
- **A suicide crisis helpline, such as the National Suicide Prevention Lifeline at 1-800-273-8255. This is open 24 hours a day.**

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR, |
| MRN #: | 01548471 | Admission Date: | 8/30/2021 |
| Account #: | 45606944 | Discharge Date: | |
| DOB/Age/Sex: | 11/8/1985  / 35 years | / Male | |

*Patient Depart Summary*

- Suicidal thoughts.

# Follow these instructions at home:

## Medicines

- Take over-the-counter and prescription medicines only as told by your health care provider or pharmacist.
- Ask your pharmacist what over-the-counter cold medicines you should avoid. Some medicines can make symptoms worse.

## General instructions

- Ask for support from trusted family members or friends to make sure you stay on track with your treatment.
- Keep a journal to write down your daily moods, medicines, sleep habits, and life events. This may help you have more success with your treatment.
- Make and follow a routine for daily meal times. Eat healthy foods, such as whole grains, vegetables, and fresh fruit.
- Try to go to sleep and wake up around the same time every day.
- Keep all follow-up visits as told by your health care provider. This is important.

# Where to find support

## Talking to others

- Try making a list of the people you may want to tell about your condition, such as the people you trust most.
- Plan what you are willing and not willing to talk about. Think about your needs ahead of time, and how your friends and family members can support you.
- Let your loved ones know when they can share advice and when you would just like them to listen.
- Give your loved ones information about bipolar disorder, and encourage them to learn about the condition.

## Finances

Not all insurance plans cover mental health care, so it is important to check with your insurance carrier. If paying for co-pays or counseling services is a problem, search for a local or county mental health care center. Public mental health care services may be offered there at a low cost or no cost when you are not able to see a private health care provider.

If you are taking medicine for depression, you may be able to get the generic form, which may be less expensive than brand-name medicine. Some makers of prescription medicines also offer help to patients who cannot afford the medicines they need.

# Questions to ask your health care provider:

- If you are taking medicines:
  - How long do I need to take medicine?
  - Are there any long-term side effects of my medicine?
  - Are there any alternatives to taking medicine?
- How would I benefit from therapy?
- How often should I follow up with a health care provider?

# Contact a health care provider if:

- Your symptoms get worse or they do not get better with treatment.

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | Admission Date: | 8/30/2021 |
| Account #: | 45606944 | Discharge Date: | |
| DOB/Age/Sex: | 11/8/1985  / 35 years  / Male | | |

*Patient Depart Summary*

- - Anxiety.
  - Sweating and feeling clammy.
  - Confusion.
  - Dizziness or feeling light-headed.
  - Increased heart rate or palpitations.
  - Blurry vision.
  - Tingling or numbness around the mouth, lips, or tongue.
  - Tremors or shakes.
  - Irritability.
- Keep a rapid-acting carbohydrate snack available before, during, and after exercise to help prevent or treat hypoglycemia.
- Avoid injecting insulin into areas of the body that are going to be exercised. For example, avoid injecting insulin into:
  - The arms, when playing tennis.
  - The legs, when jogging.
- Keep records of your exercise habits. Doing this can help you and your health care provider adjust your diabetes management plan as needed. Write down:
  - Food that you eat before and after you exercise.
  - Blood glucose levels before and after you exercise.
  - The type and amount of exercise you have done.
  - When your insulin is expected to peak, if you use insulin. Avoid exercising at times when your insulin is peaking.
- When you start a new exercise or activity, work with your health care provider to make sure the activity is safe for you, and to adjust your insulin, medicines, or food intake as needed.
- Drink plenty of water while you exercise to prevent dehydration or heat stroke. Drink enough fluid to keep your urine clear or pale yellow.

## Summary

- Exercising regularly is important for your overall health, especially when you have diabetes (diabetes mellitus).
- Exercising has many health benefits, such as increasing muscle strength and bone density and reducing body fat and stress.
- Your health care provider or certified diabetes educator can help you make a plan for the type and frequency of exercise (activity plan) that works for you.
- When you start a new exercise or activity, work with your health care provider to make sure the activity is safe for you, and to adjust your insulin, medicines, or food intake as needed.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 07/12/2018 Document Reviewed: 05/29/2017
Elsevier Patient Education © 2020 Elsevier Inc.

# Diabetes Mellitus and Exercise

Exercising regularly is important for your overall health, especially when you have diabetes (diabetes mellitus). Exercising is not only about losing weight. It has many other health benefits, such as increasing muscle strength and bone density and reducing body fat and stress. This leads to improved fitness, flexibility, and endurance, all of which result in better overall health.

Exercise has additional benefits for people with diabetes, including:

- Reducing appetite.
- Helping to lower and control blood glucose.
- Lowering blood pressure.

# Skip the waiting room. Get a diagnosis and treatment plan without ever leaving home.



UAB eMedicine offers two types of online urgent care for many common conditions, from flu and sinus infections to pink eye and bladder infections. Our On-Demand Urgent Care Questionnaire is available 24/7, and we also offer On-Demand Urgent Care Video Visits for more serious common conditions.

**Common Conditions Treated:**

- Allergies
- Athlete's Foot
- Cold/Canker Sores
- Common Cold
- Eczema
- Female Bladder Infection (UTI)
- Female Yeast Infection
- Influenza (Flu)
- Pink Eye
- Sinus Infection
- Smoking Cessation
- Sore Throat

For On-Demand Urgent Care visit **uabemedicine.com**

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | Admission Date: | 8/30/2021 |
| Account #: | 45606944 | Discharge Date: | |
| DOB/Age/Sex: | 11/8/1985  / 35 years  / Male | | |

*Patient Depart Summary*

# Summary

- Bipolar 1 disorder is a lifelong mental health disorder in which a person has episodes of mania and depression.
- This disorder is mainly treated with a combination of medicines, talk and behavioral therapies, and, often, electroconvulsive therapy (ECT).
- Include friends and family in educational sessions so they know how best to support you.
- Get help right away if you are considering suicide.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 06/02/2020 Document Reviewed: 06/02/2020
Elsevier Patient Education © 2020 Elsevier Inc.

# Managing Bipolar Disorder

When someone is diagnosed with bipolar disorder, the person may be relieved to now know why he or she has felt or behaved a certain way. The person may also feel overwhelmed about the treatment ahead, how to get needed support, and how to deal with the condition each day. With care and support, a person with bipolar disorder can learn to manage his or her symptoms and live with the condition.

# How to manage lifestyle changes

**Managing stress**



Stress is your body's reaction to life changes and events, both good and bad. Stress can play a major role in bipolar disorder, so it is important to learn how to manage stress. Some techniques to help you manage stress include:

- Meditation, muscle relaxation, and breathing exercises.
- Exercise. Even a short daily walk can help to lower stress levels.
- Getting enough good-quality sleep. Too little sleep can cause mania to start (can trigger mania).
- Making a schedule to manage your time. Knowing your daily schedule can help to keep you from feeling overwhelmed by tasks and deadlines.
- Spending time on hobbies you enjoy.

**Medicines**

Your health care provider may suggest certain medicines if he or she feels that they will help improve your condition. Avoid using caffeine, alcohol, and other substances that may prevent your medicines from working properly. It is also important to:

**Language Assistance**

Help is available in Spanish. Please call 1-855-201-7638.
Se ofrece ayuda en español. Por favor, llame al 1-855-201-7638.

Help is available in Chinese if you live in San Francisco County, CA. Please call 1-855-201-7638.
如果您居住在加州旧金山，可以获得中文协助。请于1-855-201-7638.

Help is available in Tagalog if you live in Aleutians West Census Area and Aleutians East Borough Counties in AK. Ple
1-855-201-7638.

Mayroong makukuhang tulong sa Tagalog kung ikaw ay nakatira sa Aleutians West Census Area at sa Aleutians East
Borough Counties sa AK. Pakitawagan 1-855-201-7638.

Help is available in Navajo if you live in Apache County, AZ, McKinley County, NM, or San Juan County, UT.
Please call 1-855-201-7638.

Tah dine'keh ji' yahti gho shi'ka a'dol wol niin ziin gho' Dziil ghaa ii beh woo'ji ha'ghii (Apache County, AZ), Hoozdoh ji doo,
Yooto' altsi'gho ha'da'haasdzoo', ghii, (McKinley County, NM, or San Juan County, UT), ee 'dii koh'ji' Ho'diil ni 1-855-201-7638.

65685920 14613-A001034

# Your Prescription Receipt

**DAVIS, CHRISTOPHER  D**

1209 12TH ST N
BIRMINGHAM,  AL 35204
(205) 504-6113   DOB:  11/08/1985

Publix  Pharmacy#  1512
230 20TH STREET  SOUTH
BIRMINGHAM,  AL  35233

Phone#  (205)  250-7174

Rx: **6149419**       **Refill**
Filled: 08/18/21

**DIVALPROEX  DR 250 MG TAB**
NDC:  29300-0139-01             Mfg:UNICHEM  PHARMAC   Lot#: ZDPM20052
Qty: 90                       Days: 30              Expiration:  08/18/2022
**No Refills. Auth Required.**
LATORYA  FRANKS
Primary Ins. FED  MEDICAID    ALABAMA
Primary Ref. #  2521227013290


**Your plan(s)  have  saved  you  $139.95**


**Your Medication**                    **AMOUNT DUE:**   $0.00
NDC#  29300-0139-01
Side 1 - UL250
Side 2 -
**Form:**  tablet,delayed
release  (DR/EC)
**Shape:**  oval

CALL YOUR  DOCTOR  FOR  MEDICAL  ADVICE  ABOUT SIDE EFFECTS.   YOU  MAY REPORT  SIDE EFFECTS  TO THE FDA AT  1-800-FDA-1088

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | | |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR/ |
| MRN #: | 01548471 | Admission Date: | 8/30/2021 |
| Account #: | 45606944 | Discharge Date: | |
| DOB/Age/Sex: | 11/8/1985  / 35 years        / Male | | |

*Patient Depart Summary*

# Heart Attack Signs

**Chest discomfort:** Most heart attacks involve discomfort in the center of the chest and lasts more than a few minutes, or goes away and comes back. It can feel like uncomfortable pressure, squeezing, fullness or pain.
**Discomfort in upper body:** Symptoms can include pain or discomfort in one or both arms, back, neck, jaw or stomach.
**Shortness of breath:** With or without discomfort.
**Other signs:** Breaking out in a cold sweat, nausea, or lightheaded.
Remember, **MINUTES DO MATTER**. If you experience any of these heart attack warning signs, call **9-1-1** to get immediate medical attention!

# Suicide Awareness

If you are having thoughts of harming yourself or others, call 911 or go to the nearest emergency department. You may also contact the National Suicide Prevention Lifeline at 800-273-TALK (8255).

ATTACHMENT

# U⌁B MEDICINE

## **IF YOU ARE ADMITTED INTO THE HOSPITAL**
## PATIENT NOTIFICATION OF OUTPATIENT STATUS

After receiving medical care in the UAB Emergency Service Department or UAB Clinic, your physician has ordered extra observation in the hospital. Your insurance carrier will decide your co-pays and deductibles based on your specific insurance plan and the medical services provided to you. **Please speak to your insurance company using the number on the back of your insurance card or your benefit handbook for detailed information.**

Your UAB physician has decided that your status for this hospital stay is Observation based on your medical condition, care needs, and guidelines outlined by your insurance company. Observation services are typically ordered for conditions that can be treated in less than 2 midnights such as stomach pain, some chest pains, nausea, headaches and fainting.

Observation means:
- Your care will **NOT** usually exceed 2 midnights.
- Your status **CAN BE** changed from Outpatient to Inpatient **IF** found to be medically necessary. The decision for Inpatient hospital admission is a difficult medical decision based on your physician's judgment and your clinical condition.
- You will be billed as having received Outpatient services, which could make you responsible for additional co-pays and deductibles.

Contact your insurance provider with any questions. Contact information is usually on the back of your insurance card.

If you have **NO HEALTH CARE COVERAGE**, UAB Hospital has financial counselors that will visit your room to discuss assistance with payment planning or you may call **Business Services at 205-934-5407**.

If you have specific questions about your status, please contact the UAB **Utilization Management Specialist Department at 205-934-3010**.

**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| Patient: | DAVIS, CHISTOPHER D | | |
|---|---|---|---|
| MRN #: | 01548471 | **Attending Provider:** | EDGE MD,KIMBERLEY G ; FARR, |
| Account #: | 45606944 | **Admission Date:** | 8/30/2021 |
| DOB/Age/Sex: | 11/8/1985   / 35 years   / Male | **Discharge Date:** | |

*Patient Depart Summary*

- Shop around the outside edge of the grocery store. This includes fresh fruits and vegetables, bulk grains, fresh meats, and fresh dairy.

**Cooking**

- Use low-heat cooking methods, such as baking, instead of high-heat cooking methods like deep frying.
- Cook using healthy oils, such as olive, canola, or sunflower oil.
- Avoid cooking with butter, cream, or high-fat meats.

**Meal planning**

- Eat meals and snacks regularly, preferably at the same times every day. Avoid going long periods of time without eating.
- Eat foods high in fiber, such as fresh fruits, vegetables, beans, and whole grains. Talk to your dietitian about how many servings of carbs you can eat at each meal.
- Eat 4–6 ounces (oz) of lean protein each day, such as lean meat, chicken, fish, eggs, or tofu. One oz of lean protein is equal to:
  - 1 oz of meat, chicken, or fish.
  - 1 egg.
  - ¼ cup of tofu.
- Eat some foods each day that contain healthy fats, such as avocado, nuts, seeds, and fish.

**Lifestyle**

- Check your blood glucose regularly.
- Exercise regularly as told by your health care provider. This may include:
  - 150 minutes of moderate-intensity or vigorous-intensity exercise each week. This could be brisk walking, biking, or water aerobics.
  - Stretching and doing strength exercises, such as yoga or weightlifting, at least 2 times a week.
- Take medicines as told by your health care provider.
- **Do not** use any products that contain nicotine or tobacco, such as cigarettes and e-cigarettes. If you need help quitting, ask your health care provider.
- Work with a counselor or diabetes educator to identify strategies to manage stress and any emotional and social challenges.

## Questions to ask a health care provider

- Do I need to meet with a diabetes educator?
- Do I need to meet with a dietitian?
- What number can I call if I have questions?
- When are the best times to check my blood glucose?

## Where to find more information:

- American Diabetes Association: diabetes.org
- Academy of Nutrition and Dietetics: www.eatright.org
- National Institute of Diabetes and Digestive and Kidney Diseases (NIH): www.niddk.nih.gov

## Summary

- A healthy meal plan will help you control your blood glucose and maintain a healthy lifestyle.

| | | | |
|---|---|---|---|
| **Patient:**<br>DAVIS, CHISTOPHER D | **Brookwood Baptist Medical Center**<br>2010 Brookwood Medical Center Drive<br>Birmingham, AL 35209-6804 | | |
| **MRN #:** 01548471 | **Attending Provider:** | | EDGE MD,KIMBERLEY G ; FARR, |
| **Account #:** 45606944 | **Admission Date:** | | 8/30/2021 |
| **DOB/Age/Sex:** 11/8/1985 / 35 years      / Male | **Discharge Date:** | | |

*Patient Depart Summary*



This condition is a long-term (chronic) illness. It is often managed with ongoing treatment rather than treatment only when symptoms occur. A combination of treatments is the main approach. Treatment may include:

- Psychotherapy. Some forms of talk therapy, such as cognitive behavioral therapy (CBT) and family therapy, can help with learning to manage bipolar disorder.
- Psychoeducation. This helps you and others understand how this disorder is managed. Include friends and family in educational sessions so they learn how best to support you.
- Methods of managing your condition, such as journaling or relaxation exercises. Relaxation exercises include:
  - Yoga.
  - Meditation.
  - Deep breathing.
- Lifestyle changes, such as:
  - Limiting alcohol and drug use.
  - Exercising regularly.
  - Structuring when you go to bed and when you get up.
  - Eating a healthy diet.
- Medicine. Medicine can be prescribed by a health care provider who specializes in treating mental health disorders (psychiatrist). Medicines called mood stabilizers are usually prescribed. If symptoms occur during treatment with a mood stabilizer, other medicines may be added.

## Follow these instructions at home:

**Activity**

- Return to your normal activities as told by your health care provider.
- Find activities that you enjoy, and make time to do them.
- Exercise regularly as told by your health care provider.

**Lifestyle**



**Brookwood Baptist Medical Center**
2010 Brookwood Medical Center Drive
Birmingham, AL 35209-6804

| | | Attending Provider: | EDGE MD,KIMBERLEY G ; FARR |
|---|---|---|---|
| Patient: | DAVIS, CHISTOPHER D | Admission Date: | 8/30/2021 |
| MRN #: | 01548471 | Discharge Date: | |
| Account #: | 45606944 | | |
| DOB/Age/Sex: | 11/8/1985  / 35 years   / Male | | |

## Patient Depart Summary

- Consider keeping a journal. Write down a daily log of your mood changes, sleep habits, life events, and medicines. Share this information with your health care provider or therapist.
- Find a supportive relative or friend who can help you manage your symptoms.
- Keep all follow-up visits as told by your health care provider. This is important.

# Contact a health care provider if:

- Your symptoms do not improve or they get worse.
- You are thinking about changing your medicine or treatment program.
- You have side effects from your prescription medicines.

# Get help right away if:

- You are having a mental health crisis.
- You are thinking about harming yourself or thinking about suicide.

**If you ever feel like you may hurt yourself or others, or have thoughts about taking your own life, get help right away. You can go to your nearest emergency department or call:**

- **Your local emergency services (911 in the U.S.).**
- **A suicide crisis helpline, such as the National Suicide Prevention Lifeline at 1-800-273-8255. This is open 24 hours a day.**

# Summary

- Hypomania is a mild form of mania. Mania is when someone feels increased energy, excitement, or irritability that affects his or her daily life. Hypomania does not affect daily life, and it may only last for a few days.
- Symptoms of hypomania may include very high energy or restlessness, unusual talkativeness, and not being able to focus or concentrate.
- Treatment for hypomania may include mood stabilizer medicine and talk therapy (psychotherapy) with a mental health provider.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 11/30/2018 Document Reviewed: 04/13/2018
Elsevier Patient Education © 2020 Elsevier Inc.

# Hypomania

Hypomania is a condition that affects people who have certain types of bipolar disorder. It is a mild form of mania. Mania is when a person has episodes of increased energy, excitement, or irritability that affect his or her daily life. Unlike mania, hypomania does not affect daily life and it may only last for a few days. If hypomania is not treated, it can become more severe and lead to mania or depression.

# What are the causes?

The cause of this condition is not known.

## Your Prescription Receipt

**DAVIS, CHRISTOPHER  D**
8324 12TH AVE S
BIRMINGHAM,  AL 35206
(205) 504-6113    DOB: 11/08/1985

Publix Pharmacy#  1512
230 20TH STREET  SOUTH
BIRMINGHAM,  AL 35233

Phone# (205) 250-7174

Rx:  **6155200**        **Refill**
Filled: 11/15/21

**LOSARTAN-HCTZ  100-25 MG TAB**
NDC#: 68180-0217-09        Mfg: LUPIN PHARMACEU      Lot#: H100938
Qty: 90                        Days: 90              Expiration: 11/15/2022
**2 Refills by 09/07/2022**
BENJAMIN  BREAZILE

Primary Ins. FED  MEDICAID    ALABAMA
Primary Ref. # 2521319019437

**Your plan(s) have saved you $235.95**

### Your Medication
**NDC#** 68180-0217-09
**Side 1** - LU
**Side 2** - M43
**Form:** tablet
**Shape:** teardrop
**Color:** yellow

**AMOUNT DUE:**  $0.00



CALL YOUR  DOCTOR  FOR MEDICAL ADVICE  ABOUT SIDE EFFECTS.   YOU  MAY REPORT  SIDE EFFECTS  TO THE FDA AT 1-800-FDA-1088